UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALDEMAR LORENZANA-LIMA,<br><br>Defendant. | Criminal No. 03-331-11   (CKK) |

ORDER

A status hearing was held in open court on February 26, 2015, which was scheduled by the Court after it received a report dated February 18, 2015 (copy attached under seal), submitted by Dr. Teresa Grant from D.C. Government's Department of Behavioral Health, stating: "I am unable to form an opinion regarding defendant's competency. It appears a combination of factors is currently compromising the defendant's ability to understand the confidentiality warning in addition to his competency at this time. Therefore, the evaluator is recommending that the defendant be transferred to a federal mental health facility for further evaluation, medical and psychiatric treatment."

In light of the information provided at the hearing and in Dr. Grant's report, the Court finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, in relation to his sentencing.  18 U.S.C. § 4241(a).  The Court notes that the defendant is receiving ongoing treatment at the D.C. correctional facility where he currently is placed.

Accordingly, with the consent of the parties, it is this 26th day of February, 2015, hereby

**ORDERED** that Mr. Waldemar Lorenzana-Lima is committed to the custody of the Attorney General who is ordered to FORTHWITH transport Mr. Lorenzana-Lima to the <u>Federal Correctional Institution at Butner, North Carolina</u>; and it is

**FURTHER ORDERED** that the Federal Correctional Institution at Butner, North Carolina is directed to examine Mr. Lorenzana-Lima to determine whether he is presently "suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense," specifically his sentencing, pursuant to 18 U.S.C. §§ 4241(a) & 4247(b); and it is

**FURTHER ORDERED** that Federal Correctional Institution at Butner, North Carolina is directed to <u>prepare psychiatric or psychological report(s)</u> pursuant to 18 U.S.C. §§ 4241(b) & 4247(c) and <u>SUBMIT such report(s) to this Court by **April 6, 2015**</u>; and it is

**FURTHER ORDERED** that a mental competency hearing as to Mr. Lorenzana-Lima's competency to proceed to sentencing, is scheduled in this matter for **April 13, 2015, at 9:30 a.m.** in Courtroom 28A; and it is

**FURTHER ORDERED** that the Clerk of the Court shall place the attached Report dated February 18, 2015, from Dr. Teresa Grant of D.C. Government's Department of Behavioral Health on the docket <u>UNDER SEAL</u>.

**SO ORDERED.**

Date: February 26, 2015

COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

**Copies to:**

A. Eduardo Balarezo
BALAREZO LAW
400 Fifth Street, NW
Suite 300
Washington, DC 20001

Joaquin G. Perez
6780 Coral Way
Suite 200
Miami, FL 33155

Michael Lang
UNITED STATES DEPARTMENT OF JUSTICE, Criminal Division
Narcotic and Dangerous Drug Section
2 Constitution Square, 145 N Street NE
Second Floor, East Wing
Washington, DC 20530

Amanda Liskamm
U.S. DEPARTMENT OF JUSTICE
Criminal Division, Narcotics and Dangerous Drugs
145 N Street, NE
Second Floor, East Wing
Washington, DC 20530

United States Marshal Service
U.S. District Court for the District of Columbia
Room 1400