# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| *v.* | : |
| | :   **Criminal No. 03-331(CKK)** |
| **WALDEMAR LORENZANA,** | : |
| | : |
| *Defendant.* | : |

## EMERGENCY MOTION FOR CONTINUED DETENTION AT BUTNER FCI

**DEFENDANT** Waldemar Lorenzana, by and through undersigned counsel, respectfully moves this Honorable Court to order his continued detention at Butner FCI. In support of this Motion, Defendant states as follows:

1. The Court is aware of the procedural history of this case and it will not be repeated here.

2. As the Court is aware, medical personnel at Butner FCI recently completed a forensic evaluation of Mr. Lorenzana that reached certain conclusions regarding his condition. In the cover letter to the evaluation dated April 10, 2015, the Warden of FCI Butner notes that the United States Marshals Service has been contacted to return Mr. Lorenzana to this District.

3. Mr. Lorenzana respectfully requests that he be ordered to remain at FCI Butner. First, given his age and condition, Mr. Lorenzana is more likely to receive better care at Butner FCI than he would at the DC Jail/CTF. Butner FCI is especially noted for its ability to provide care for inmates with behavioral issues. Mr. Lorenzana could be more closely monitored there by trained BOP staff and medical personnel, his medication needs could be more closely controlled and he would be generally better off than in one of the local facilities that lack those capabilities.

      4.      Due to the nature of his condition, his presence at the next status hearing is not necessary or helpful and his continued housing at Butner FCI will not impact the decisions that the Court has to make.  Because it is not known when the USMS will transfer Mr. Lorenzana back to this District, counsel respectfully requests that it issue an emergency order directing that he remain at Butner FCI until this matter is resolved.

      5.      Counsel has attempted to contact the government regarding its position but has not been able to ascertain that position.

      **WHEREFORE**, for the foregoing reasons and any others that may become apparent to the Court, Defendant respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
       April 14, 2014              Respectfully submitted,

                                        **BALAREZO LAW**

                                        /s/
                By:   _____
                     A. Eduardo Balarezo, Esq.
                     D.C. Bar # 462659
                     400 Fifth Street, NW
                     Suite 300
                     Washington, DC  20001
                     Tel: (202) 639-0999
                     Fax: (202) 639-0899
                     E-mail: aeb@balarezolaw.com

                     *Counsel for Defendant Waldemar Lorenzana*

### CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on this 14th day of April 2015, I caused a true and correct copy of the foregoing Joint Motion for Authorization for Defendants to Meet to be delivered via email to the parties in this case.

                                        /s/
                             _____
                             A. Eduardo Balarezo