```
1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2
     - - - - - - - - - - - - - - - x
3    THE UNITED STATES OF AMERICA,
                                     Criminal Action No.
4               Plaintiff,          1:03-cr-00331-CKK
                                     Monday, February 29, 2016
5    vs.                            2:39 p.m.

6    ELIU ELIXANDER LORENZANA-CORDON
     and WALDEMAR LORENZANA-CORDON,
7               Defendants.
     - - - - - - - - - - - - - - - x
8

9    _____

10        TRANSCRIPT OF JURY TRIAL ~ AFTERNOON SESSION
        HELD BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY
11                UNITED STATES DISTRICT JUDGE
     _____

12   APPEARANCES:

13   For the United States:  MICHAEL NICHOLAS LANG, ESQ.
                             EMILY RACHEL COHEN, ESQ.
14                           STEPHEN A. SOLA, ESQ.
                             UNITED STATES DEPARTMENT OF JUSTICE,
15                           145 N Street NE
                             Washington, DC 20530
16                           (202) 616-0381

17   For the Defendant Eliu
     Lorenzana-Cordon:       MANUEL J. RETURETA, ESQ.
18                           RETURETA & WASSEM, P.L.L.C.
                             300 New Jersey Avenue, NW, Suite 900
19                           Washington, DC 20001
                             (202) 450-6119
20
                             BARRY COBURN, ESQ.
21                           MARC J. EISENSTEIN, ESQ.
                             COBURN & GREENBAUM, PLLC
22                           1710 Rhode Island Avenue, NW
                             Washington, DC 20036
23                           (202) 643-9472

24   (APPEARANCES CONTINUED ON NEXT PAGE)
     Proceedings recorded by mechanical stenography; transcript
25   produced by computer-aided transcription
```

```
 1      APPEARANCES (CONTINUED):

 2      For the Defendant Waldemar     RON EARNEST, ESQ.
        Lorenzana-Cordon:              LAW OFFICES OF RON EARNEST
 3                                      6801 Kenilworth Avenue,
                                        Suite 120
 4                                      Riverdale, MD 20737
                                        (240) 401-5277
 5

 6      Interpreters:                  Angeles Estrada
                                        Erin Gaston-Owen
 7                                      Teresa Salazar

 8
        Court Reporter:                Lisa A. Moreira, RDR, CRR
 9                                      Official Court Reporter
                                        U.S. Courthouse, Room 6718
10                                      333 Constitution Avenue, NW
                                        Washington, DC  20001
11                                      202-354-3187

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                            I N D E X

2

   WITNESS                                            PAGE
3
   DANIEL MOREN
4       (By Mr. Retureta)................................  4

5  SABAS DAVID ARIAS-MARTINEZ
        (By Ms. Cohen)..................................  9
6       (By Mr. Retureta)............................... 56
        (By Mr. Earnest)................................ 62
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2              THE COURT:  I have the letter for the juror.  I'll
 3      print it out on my letterhead at a break and give it to her,
 4      and we'll see what happens.
 5                    (Jury enters courtroom)
 6              THE COURT:  All right.  Good afternoon, everyone.
 7      We're ready to proceed.  We were in the middle of the cross-
 8      examination by Mr. Retureta of Mr. Moren.
 9              MR. RETURETA:  Thank you, Your Honor.
10                    DANIEL MOREN, Resumed
11                CROSS-EXAMINATION, Continued
12      BY MR. RETURETA:
13      Q.  Good afternoon again, Agent Moren.
14      A.  Good afternoon, sir.
15              MR. RETURETA:  Ms. Patterson, I'm displaying what
16      has previously been marked as Defense -- Government Exhibit
17      No. 9, if we could publish that to the jury and admit it
18      into evidence.
19      Q.  Agent, you're able to see that, right --
20      A.  Yes, sir.
21      Q.  -- on your screen?
22              MR. RETURETA:  And ladies and gentlemen?
23      Q.  Three events that you've talked to us about, three
24      specific events.  Fair to say that during your time period
25      in Guatemala --
```

1          THE COURT:  I need you to slow down.

2          MR. RETURETA:  Oh, sure.  Sorry.  It's my refined

3     sugars right after lunch.

4     Q.  Fair to say that during your time period in Guatemala

5     there were numerous events, right?

6     A.  Correct.

7     Q.  You would receive information.  You would take action,

8     notify DOAN.  Do some of the same things that you described

9     to us here, right?

10    A.  Yes.

11    Q.  The three events that you have described, one took place

12    in an area that you described as Retalhuleu; is that right?

13    A.  Retalhuleu.

14    Q.  That I highlighted on the map; is that correct?

15    A.  Yes.

16    Q.  Another event took place in Lake Izabal, which I've

17    marked off also; is that correct?

18    A.  Yes.

19    Q.  I missed, during your direct examination, the location

20    of the tractor-trailers.  Can you remind us where that

21    location -- what the name of that location is, and if you

22    could mark it on the map also.

23    A.  Well, the location was Villanueva, the port, and I would

24    need a more detailed map to be able to point out where that

25    is on the map.

1    Q.   Port Atlantic or Caribbean or Pacific?

2    A.   I'm sorry, it was land-based; so it was the border --

3    the land border between Guatemala and El Salvador.

4    Q.   Okay.  On the map are you able to see down towards the

5    bottom, you see the country name "El Salvador"?

6    A.   Yes.

7    Q.   If you see what I'm drawing here, is that an

8    approximation of what you know as the land border between

9    Guatemala and El Salvador?

10   A.   Yes.

11   Q.   Approximately?

12   A.   Yes.

13   Q.   North, of course, we can see that there's the country of

14   Honduras, right?

15   A.   Correct.

16   Q.   Based on the three events that you've described to us,

17   how many people that you know of were arrested?

18   A.   I would say a minimum of seven.

19   Q.   Of those seven or possibly more, how many were

20   eventually convicted?

21   A.   That I do not know.

22   Q.   Do you know where the cocaine kilos that were seized

23   from the tractor-trailer in March of 1999, do you know where

24   that cocaine is?

25   A.   Today?  I do not.

1    Q.  And the Lake Izabal event, do you have any information

2    about the airplane used or if any narcotics were found

3    there?

4    A.  I do not have information other than there were no drugs

5    found at that location.

6              MR. RETURETA:  I think that's all.  Thank you,

7    Agent.

8              THE WITNESS:  Thank you.

9              MR. EARNEST:  Thank you, Your Honor.

10             Agent Moren, I have no questions.  Thank you, Your

11   Honor.

12             THE COURT:  All right.  Redirect?

13             MS. COHEN:  None, Your Honor.

14             THE COURT:  You're excused.  You can step down.

15             THE WITNESS:  Thank you, Your Honor.

16             THE COURT:  All right.  Your next witness.

17             MS. COHEN:  The government will call Sabas Davis

18   Arias-Martinez.

19             THE COURT:  I assume he needs to use the

20   interpreter.

21             MS. COHEN:  He does.

22             THE COURT:  Excuse me a minute, would you tell him

23   he needs to raise his right hand to be sworn in.

24             (Witness sworn)

25             THE COURT:  And if would you also indicate to him

1    that not only can he sit down, but he can take off the

2    headphones.

3            Let me just explain to the witness -- and if you

4    would tell him so that everybody can hear in Spanish.  They

5    can hear if you can do it in the open courtroom.

6            All right.  The attorneys will speak to you and

7    will ask the questions in English.  The interpreters will

8    translate into Spanish for you.

9            THE WITNESS:  Yes.

10           THE COURT:  You'll give your answer in Spanish.

11           THE WITNESS:  Yes.

12           THE COURT:  And they will translate into English.

13           THE WITNESS:  Yes.

14           THE COURT:  So you need to make sure that you let

15    them finish their question and their translation before you

16    start to answer.

17           THE WITNESS:  Yes.

18           THE COURT:  And I would ask that your answers --

19    that you break them down into short sentences so that the

20    interpreter can actually make sure that they do a full

21    interpretation.

22           Now, when I, as the judge, am speaking to the

23    lawyers, then what you need to do is to put the earphones on

24    so you can hear the translation of what the lawyers and I

25    are talking about.  Okay?

 1            All right.  If you see the lawyers at either of

 2      the tables stand up or start to stand, they're going to

 3      object; and so if you're answering something, stop.  If you

 4      haven't answered it, don't answer it.

 5            All right.  Let's see how this works.  Go ahead.

 6            MS. COHEN:  Thank you, Your Honor.

 7                 SABAS DAVID ARIAS-MARTINEZ, Sworn

 8                      DIRECT EXAMINATION

 9      BY MS. COHEN:

10      Q.  Good afternoon.  Can you please state your name for the

11      record.

12      A.  My name is Sabas David Arias-Martinez.

13      Q.  How old are you?

14            THE COURT:  Do spellings of names, please.

15      Q.  Could you spell your name for the record.

16      A.  42 years old.

17            S-a-b-a-s, D-a-v-i-d, A-r-i-a-s, M-a-r-t-i-n-e-z.

18      Q.  Where do you live?

19      A.  In El Salvador.

20      Q.  Have you ever been arrested?

21      A.  Yes.

22      Q.  And for what were you arrested?

23      A.  International drug trafficking.

24      Q.  Drug trafficking to where?

25      A.  To the United States.

1    Q.  What year were you arrested?

2    A.  In 2004.

3    Q.  And did you plead guilty?

4    A.  Yes.

5    Q.  To what did you plead guilty?

6    A.  International drug trafficking.

7    Q.  And in what country did you plead guilty?

8    A.  El Salvador.

9    Q.  And what were you sentenced to in El Salvador?

10   A.  Four years, seven months.

11   Q.  Were you also charged by the United States government

12   for your involvement in drug trafficking?

13   A.  Yes.

14   Q.  And what happened to your case in the United States?

15   A.  Well, since I had already been convicted of charges in

16   my country, I was absolved of them here.

17   Q.  And ultimately, what country did you serve your sentence

18   in?

19   A.  In El Salvador.

20   Q.  What, if any, benefit have you received today to

21   testify?

22   A.  None.

23   Q.  What, if any, obligation are you under today to testify?

24   A.  None.

25   Q.  What is the reason you are testifying today?

1           MR. RETURETA:  Objection, Your Honor.

2           THE COURT:  I'm sorry?

3           MR. RETURETA:  Form of the question, the reason

4      for testimony.

5           INTERPRETER GASTON-OWEN:  Your Honor, the

6      interpreter does not hear the objection.

7           MR. RETURETA:  I'm sorry.  Objection, the reason

8      for testimony.

9           THE COURT:  It seems to me in terms of what has

10     brought him here it might be useful for the jury to know.

11     Q.  What brings you to the United States to testify today?

12     A.  Of my own free will.

13     Q.  Besides your arrest in El Salvador for drug trafficking,

14     have you ever been arrested for anything else?

15     A.  No.

16     Q.  What is your level of education?

17     A.  Sixth grade.

18     Q.  What did you do after the sixth grade?

19     A.  Could you repeat that, please?

20     Q.  After you left school in the sixth grade, what did you

21     do?

22     A.  I worked as a mechanic on off-board motors, engines.

23     Q.  And what is an off-board motor?

24     A.  It's a boat motor.

25     Q.  For the ocean?

1    A.  Yes.

2    Q.  And are you currently working?

3    A.  Yes.

4    Q.  And what are you doing for work?

5    A.  I work at a restaurant.

6    Q.  Okay.  I want to direct your attention to the year of

7    1998.  Did there come a time that you became involved in

8    drug trafficking?

9    A.  Yes.

10   Q.  How did you become involved in drug trafficking?

11   A.  Well, I was working at a fishing venture -- fishing club

12   called Jaltepeque on the Costa del Sol, and someone sold me

13   a boat.  It was a white boat with blue stripes on it, and it

14   had a sign that said "For Sale," and we put a sign on it

15   that said "For Sale."

16           And then one day --

17   Q.  I'd like to stop you for a moment.  Can you spell the

18   name of the fishing club.

19   A.  Jaltepeque, Jaltepeque, with a Z at the end.

20   Q.  Okay.  Can you spell the entire name of the club, if you

21   can?

22   A.  J-a-t-p-e-q-u-e-z [sic].  Yes.

23   Q.  Okay.  So you mentioned that there was a boat for sale,

24   and then what happened?

25   A.  So then a man came up who called himself Licenciado

1    Ricardo.  He said he was interested in buying the boat.

2    Q.  Okay.  And was that man, Licenciado Ricardo, known by

3    any other name?

4    A.  Yes.  Licenciado William Eliu Martinez.

5    Q.  And is "Martinez" spelled M-a-r-t-i-n-e-z?

6    A.  Yes.

7    Q.  And who was William Martinez?

8    A.  A congressman from El Salvador.

9    Q.  And approximately what year did he approach you to buy

10   this type of boat?

11   A.  1998.

12   Q.  What kind of boat was for sale?

13   A.  It was a Johnson brand, really tough, fast boat with two

14   off-board motors.

15   Q.  And did there come a time that Mr. Martinez bought this

16   boat?

17   A.  Yes.

18   Q.  And when the boat was sold, did it have motors with it

19   that he wanted to change?

20   A.  We gave the boat a trial run, and he didn't like the

21   motors that it had.

22   Q.  And what did he not like about the motors?

23   A.  They didn't have the capacity that he wanted.  He wanted

24   really powerful engines.

25   Q.  Did the kind of engines that he wanted have a name?

1    A.  Yes.  He changed the two Johnson motors for two Yamaha

2    motors, 200 horsepower.

3    Q.  And in your line of work are you familiar with 200

4    horsepower motors?

5    A.  Exactly, yes.

6    Q.  Can you explain the capacity or ability to generate

7    power with those types of motors.

8    A.  They're very high-powered motors.  They're made -- they

9    are built specifically for that type -- for that purpose.

10   They can handle any type of environment, and the propulsion

11   power that they have is incredible.  They're the best in the

12   world.

13   Q.  Now, in addition to changing the motors, was there

14   anything else about the boat that Mr. Martinez wanted to

15   change?

16   A.  Yes.  They extended the length of the boat from 23 to 28

17   feet.

18   Q.  What part of the boat did they lengthen?

19   A.  The length or the shaft of the boat.  They made it

20   longer.

21   Q.  Was it the front of the boat or the back of the boat?

22   A.  The front, the bow.

23   Q.  Now, after the changing of the motors and the bow of the

24   boat, when was the next time that you saw Mr. Martinez?

25   A.  In the month of December, between December and January

1     of 2000.

2              Excuse me.  Excuse me, between December of 1998

3     and January of 1999.

4     Q.  When you saw him during that time period, what, if

5     anything, happened?

6     A.  Yes, he ordered me to prepare.  At that time he already

7     had a name for the boat, the PAMELA I and the PAMELA II.  He

8     had two boats that belonged to him, two vessels.

9     Q.  And what kind of boats were the PAMELA I and the PAMELA

10    II?

11    A.  Well, the PAMELA I was the MAKO boat that I just

12    described, and its longitude had changed to 28 feet long,

13    and the PAMELA II was 27 feet long.

14    Q.  And the MAKO boat that you're referring to, is that the

15    one that had the bow lengthened?

16    A.  Yes.

17    Q.  And that was the PAMELA I?

18    A.  Yes.

19    Q.  Now, what was your responsibility on this particular

20    trip with the PAMELA I and the PAMELA II?

21    A.  I was the captain.

22    Q.  And at the time of preparing the boat, what did you

23    believe the purpose of the trip was?

24    A.  Fishing.

25    Q.  Did you take any preparations to get the boats ready for

1    this fishing trip?

2    A.  Yes.

3    Q.  And what preparations did you take?

4    A.  Well, I got a lot of fuel ready, a lot of food, and

5    outboard motor oil.

6    Q.  Who was present on the boats?  And if you could, spell

7    each name after you list them.

8    A.  Well, at that time present was Mr. -- well, I know him

9    as Don Rodriguo, Don Rodriguez.  Rodriguez is spelled

10   R-o-d-r-i-g-u-e-z.

11   Q.  And who else was on the boat?

12   A.  Engineer Otto Herrera.

13   Q.  And is the engineer another name for Otto Herrera?

14   A.  That's what I knew him by at that time.

15   Q.  And who else was on this particular boat?

16   A.  Another gentleman who had -- who called himself Wilito.

17   Q.  And anyone else on this boat?

18   A.  Myself.

19   Q.  And were all of these people on the PAMELA I or the

20   PAMELA II?

21   A.  PAMELA I.

22   Q.  And who was on PAMELA II?

23   A.  There was Julio Rebelo.

24   Q.  I'm sorry, can you spell Julio Rebelo?

25   A.  J-u-l-i-o; "Rebelo" is spelled R-e-b-e-l-o.

1    Q.  And who else was on the PAMELA II?

2    A.  A general that called himself Pedrito, Kiqui --

3    Q.  And can you spell "Pedrito" and "Kiqui"?

4    A.  "Pedro" is spelled P-e-d-r-o, and "Kiqui," as far as I

5    know, is spelled K-i-q-u-i.

6    Q.  Now, which boat was Martinez on?

7    A.  He stayed on land.

8    Q.  And who were all of these people in the PAMELA I and the

9    PAMELA II?

10   A.  I'm sorry?

11   Q.  Did you know all of these people that were joining you

12   on the PAMELA I and the PAMELA II on this day?

13   A.  No, no.

14   Q.  Okay.  And I'm going to show you what has been entered

15   at Government's Exhibit No. 13.

16           MS. COHEN:  And I'd request permission to publish

17   to the jury.

18           THE COURT:  Yes.

19   Q.  Do you recognize this person?

20   A.  Mr. Otto Herrera.

21   Q.  Now, who was captaining the PAMELA I on this day?

22   A.  I was.

23   Q.  And who was driving the PAMELA II?

24   A.  Julio Rebelo.

25   Q.  And where did you go when you went out to sea?

```
 1    A.  63 nautical miles from the coast.

 2    Q.  What was at that location?

 3    A.  It's a place called -- it's a word in English, and I

 4    pronounce it "ammunition dumping."  It's a place where

 5    weapons are discarded.

 6            And to continue the original response, it's in

 7    that part -- a very deep part of the El Salvadoran coast.

 8            INTERPRETER SALAZAR:  "Ammunition dumping" is what

 9    the English is.

10    Q.  So approximately what time did you arrive in that area?

11    A.  We got there late, somewhere around 4:00 or 5:00 in the

12    afternoon.

13    Q.  And what happened when you arrived at that point in the

14    ocean?

15    A.  I asked Mr. Otto Herrera if we were going to fish.

16    Q.  Okay.  And at some point did you start to fish?

17    A.  No.  He told me to wait.

18    Q.  Okay.  And what happened, if anything, while you were

19    waiting?

20    A.  Well, yes.  From where we were, we could see a boat on

21    the high seas, which was approximately three nautical miles

22    away from where we were.

23    Q.  Can you describe the ship that you saw approaching you?

24    A.  It was a very big ship, and it was blue.

25    Q.  And did the ship get closer at some point?
```

1    A.   Yes.  Engineer Otto Herrera had a portable radio with

2    him, and he started calling the ship on the radio, but we

3    couldn't hear the voice of the other person so he asked me

4    to turn on the radio in the other boat, which was better

5    quality, and tune into Channel 63.

6    Q.   And what happened once you changed the channels on the

7    radio?

8    A.   Well, he called from the boat radio, the launch radio,

9    and asked him, "Is that you?"

10            And we heard the response, "Yes, we're here."

11   Q.   Okay.  At some point did the larger ship approach the

12   PAMELA I and the PAMELA II?

13   A.   Yes.  He ordered me to get closer to the ship.

14   Q.   Okay.  And who is the "he" that ordered you?

15   A.   Engineer Otto Herrera.

16   Q.   And what happened once the PAMELA I and the PAMELA II

17   were next to the larger ship?

18   A.   Well, we stopped alongside the ship, and a person came

19   out from that ship.  That is -- I remember clearly the name

20   of the boat was SANTOS.

21   Q.   Okay.  And when the person came to the side of the ship,

22   then what happened?

23   A.   Then he asked here we have what you are waiting for.

24   Q.   Okay.  And then what happened next?

25   A.   Using some cranes, they began to unload some cargo.

1    Q.  And who was using cranes?

2    A.  The person on the ship.

3    Q.  And once they were using the cranes, where did they move

4    the packages onto?

5    A.  They brought them down first onto the PAMELA I.

6    Q.  Did they also put packages on the PAMELA II?

7    A.  After they loaded up the PAMELA I, they began doing so

8    on the PAMELA II.

9    Q.  How many packages were placed on the PAMELA I and the

10   PAMELA II approximately?

11   A.  About 20 packages on PAMELA I, and between 15, 16, or

12   even more on the II.

13   Q.  Can you describe what the packages looked like?

14   A.  They were black in color, like bags.  And it was about

15   three feet in diameter, and the weight was about 120 pounds.

16   Q.  120 pounds per package?

17   A.  Yes.

18   Q.  Now, once the packages were in the PAMELA I, where were

19   they placed specifically?

20   A.  The PAMELA I had a temperature-controlled compartment.

21   It was enclosed, and that was on the bow of the ship, the

22   boat.

23   Q.  And that temperature-controlled compartment, was that

24   something that was modified originally when Mr. Martinez

25   bought the boat?

1 A. Yes.

2 Q. Had you seen anything like that type of storage space

3 before in a MAKO boat?

4 A. No.

5 Q. Now, once the packages were in the PAMELA II,

6 specifically where were they placed?

7 A. That was on the floor around the hull.

8 Q. Did you have a chance to observe any of the items that

9 were inside the packages?

10 A. Well, by chance, as the crane was bringing down the

11 bundles, one of those broke.

12 Q. And did you see what was inside the package when it

13 broke?

14 A. There were, like, some squares, like bricks, and there

15 were about 36 of them.

16 Q. Okay.  And for the record, it looks like you made a

17 length that was about a foot long with your hands.

18 A. Yes, like that.

19 Q. And can you describe how these smaller blocks were

20 packaged?

21 A. There were black -- I'm sorry, they were brown in color,

22 and they were wrapped with a very strong plastic.

23 Q. How long did the process of moving the packages from the

24 big boat to the PAMELA I and the PAMELA II take?

25 A. Between 30 minutes and one hour.

1    Q.  And after that, did you return to shore?

2    A.  He ordered me to go back to the beach.

3    Q.  Okay.  And who is the "he" that ordered you?

4    A.  Engineer Otto Herrera.

5    Q.  Approximately what time did you return to the coast?

6    A.  Between 10:00 and 11:00 p.m.

7    Q.  What was the name of the area that you returned to?

8    A.  Cuatro Vientos.

9    Q.  And when you arrived at that time, were you able to

10   bring the boat on the land?

11   A.  Yes.

12   Q.  Now, once you were on shore, what happened with the

13   PAMELA I and the PAMELA II?

14   A.  We began the unloading.  The PAMELA I was placed inside

15   the hangar or warehouse in Cuatro Vientos, and the PAMELA II

16   was outside it.

17   Q.  How did the PAMELA I and the PAMELA II get out of the

18   water?

19   A.  Well, the boats were so heavily loaded that when we got

20   to Cuatro Vientos and Congressman William Eliu Martinez

21   tried to use the trailer to pull them out of the water, it

22   was not possible to do it with just one vehicle, and two

23   vehicles had to be hitched up to be able to pull the PAMELA

24   I out of the water.

25   Q.  And what happened with the PAMELA II?  How did that get

1    out of the water?

2    A.   That one, we were able to pull it out with his truck.

3    It was an Explorer, and it was brown in color.

4    Q.   Now, you mentioned that you came into Cuatro Vientos.

5    Can you describe that area.

6    A.   Yes.  It is a remote place in a solitary area far away

7    from people.

8    Q.   And what, if any, kind of property is located in that

9    area?

10   A.   It is a forested area, and it is secluded, and this is

11   the only property that has a ramp, a hangar, a warehouse,

12   and a dock.

13   Q.   Can you describe the warehouse?

14   A.   It is a totally enclosed structure that is 20 feet in

15   length by 12 width.

16   Q.   And can you describe the boat hangar?

17             INTERPRETER ESTRADA:  Is there an objection?

18             MR. EARNEST:  May we approach?

19             (The following is a conference held at the

20              bench outside the hearing of the jury)

21             MR. EARNEST:  It was distinctive, but I believe

22   the witness said it was completely enclosed, and that was

23   missing from the translation so I reacted.  It's not that

24   important.

25             MS. COHEN:  I'll ask it again.

1          MR. EARNEST:  If it's not important to the

2      examiner, then that's fine.

3          MS. COHEN:  I can ask again.

4          THE COURT:  We need to talk into --

5          MS. COHEN:  I can ask again.  It was the warehouse

6      question or the hangar.

7          MR. EARNEST:  He said 20 by 30 and completely

8      enclosed.

9          MS. COHEN:  Okay.

10          MR. EARNEST:  "Completely enclosed" got left out.

11          THE COURT:  It's the warehouse.

12          MS. COHEN:  Okay.  I will ask then.  Thank you.

13          (This is the end of the bench conference)

14          THE COURT:  Perhaps was there something from the

15      interpreter that was left out?

16          INTERPRETER ESTRADA:  I believe that this

17      interpreter said -- it is the first thing this interpreter

18      said.  It was completely enclosed, a totally enclosed

19      structure.

20          THE COURT:  All right.  Then we don't need to do

21      it again.

22          MS. COHEN:  Thank you.  May I continue?

23      BY MS. COHEN:

24      Q.  Do you know who owned this property on Cuatro Vientos?

25      A.  No.

1   Q.  Now, once the PAMELA I and the PAMELA II were brought on

2   to land, what happened with the packages that were on both

3   of them?

4   A.  We began to unload the load in the PAMELA I.

5   Q.  And where was the PAMELA I located at that time?

6   A.  Inside the hangar.

7   Q.  And what about the PAMELA II?  Where was that located?

8   A.  Outside.

9   Q.  Outside what?

10          INTERPRETER ESTRADA:  The witness said "outside

11   the hangar."

12   A.  The hangar.

13   Q.  Sorry, I missed that piece.

14          Okay.  Then once the packages were moved from the

15   hangar, where did they go?

16   A.  They were brought down, and they were put on a corner in

17   the hangar.  And from there, they were moved to a warehouse

18   inside Cuatro Vientos itself.

19   Q.  Who moved the packages?

20   A.  Everyone that was there present:  Otto Herrera, the

21   Congressman Eliu Martinez, the Mudo person, Edro, and a

22   security detail that was present there as well.

23   Q.  And how did you know that they were security?

24   A.  Because they were carrying weapons, automatic rifles,

25   with many loading magazines.

1    Q.  Now, once the packages were moved from the hangar and

2    then into the warehouse, what happened next?

3    A.  So they were moved to the warehouse in Cuatro Vientos,

4    and after that they were moved -- they were loaded up onto a

5    truck.

6    Q.  Can you describe the trucks that the packages were

7    loaded into?

8    A.  Yes.  One was a three-ton truck with a red cabin and

9    gray container area.

10   Q.  And where were the packages placed within the truck?

11   A.  Within the container.

12   Q.  And when you say "the container," can you describe what

13   you mean?

14   A.  It's a temperature-controlled trailer space.  The trunk

15   of the truck, as it were.  It's hermetic.

16   Q.  And how long did it take to load the truck?

17   A.  30 minutes.

18   Q.  And who loaded the truck?

19   A.  Those of us who were present there:  Engineer Otto

20   Herrera, William Eliu Martinez, Licenciado Martinez, Kiqui,

21   Wilito, Mudo, and the security detail.

22   Q.  And I think Mudo is a new name.  Can you spell that for

23   us?

24   A.  M-u-d-o, Mudo.

25   Q.  What happened to the truck once it was loaded?

1    A.  First Licenciado William Eliu Martinez went to the main

2    road.

3    Q.  Do you know why he went to the main road?

4    A.  He was looking out to see if there was police presence

5    or any security checkpoints.

6    Q.  And at some point did he return?

7    A.  Yes.

8    Q.  And what happened when he returned?

9    A.  He ordered for the truck to leave and to follow him.

10   Q.  And do you know where the trucks went from there?

11   A.  No.

12   Q.  Now, did there come a time that you were paid for this

13   boat trip?

14   A.  Yes.

15   Q.  And how much were you paid?

16   A.  50,000 colones.

17   Q.  Who paid you?

18   A.  Representative William Eliu Martinez.

19   Q.  At some point did you realize what was in all of the

20   packages that you had moved on that day?

21   A.  Yes.

22   Q.  And when did you realize that?

23   A.  The next day.  He came back around 9:00 in the morning.

24   He brought me to my house.  We went to inspect the boat to

25   make sure that they had been cleaned well and to ensure that

1    they had been covered with a blue tarp.

2    Q.  All right.

3    A.  So then at one point he called me off to the side there

4    at the Cuatro Vientos property, and he said to me exactly,

5    "Do you know what we brought with us?

6          And I said, "No."

7          And he said, "What we brought was cocaine."

8    Q.  And who is the "he" that you are referring to?

9    A.  Representative William Eliu Martinez, and he said were

10   the authorities to become aware of the fact of what we had

11   brought with us, it was mine, and my family would be at

12   risk, as would I.  And he brought -- he dropped me off at my

13   house again, and there was a paper envelope, and inside was

14   the money for the payment.

15   Q.  Okay.  Now, I'm going to show you what has been marked

16   as Government's Exhibit No. 48.  What is this?

17   A.  That's the place known as Cuatro Vientos.

18   Q.  And how do you recognize this photograph as the place

19   that you call Cuatro Vientos?

20   A.  Because of the dock, the hangar, the warehouse, and the

21   ramp that it has.

22   Q.  Now, does this photograph fairly and accurately

23   represent Cuatro Vientos at the time that you were going

24   there in 1999 and 2000?

25   A.  That's correct.

 1          MS. COHEN:  At this time I would offer into

 2   evidence what has been marked as Government's Exhibit No.

 3   48.

 4          THE COURT:  Any objections?

 5          MR. RETURETA:  No, Your Honor.

 6          MR. EARNEST:  No, Your Honor.

 7          MR. RETURETA:  If I could just get clarification

 8   on the number.  38?

 9          MS. COHEN:  48.

10          THE COURT:  48.

11          MR. RETURETA:  Thank you.

12          THE COURT:  All right.  I'll admit without

13   opposition Government's Exhibit 48.

14          MS. COHEN:  Thank you, Your Honor.  May I have

15   permission to publish to the jury?

16          THE COURT:  Yes.

17   Q.  Okay.  Mr. Martinez, can you draw a circle around the

18   area where you brought the boats into, and you can use the

19   screen in front of you and use your finger.

20   A.  Where the boats arrived?

21   Q.  Yes.

22   A.  (Witness complies)

23   Q.  Thank you.

24          Can you also draw a circle around the hangar where

25   you brought the PAMELA I and the PAMELA II into?

1    A.   (Witness complies)

2    Q.   And can you also draw a circle around the warehouse

3    where you carried the cocaine from the hangar?

4    A.   (Witness complies)

5    Q.   And how did you carry the cocaine from the hangar to

6    that warehouse?

7    A.   On our shoulders, on the backs of our shoulders.

8    Q.   Thank you.

9              Now, was there another time that you worked with

10   Mr. Martinez?

11   A.   Yes.

12   Q.   And when was the next time that you worked with him?

13   A.   Holy Week in April of 2000.

14   Q.   And what, if any, preparations did you make for this

15   trip?

16   A.   Once again, he ordered me to prepare the PAMELA I with

17   lots of fuel, oil, and food.

18   Q.   And where did you go out on this trip?

19   A.   Around 36 nautical miles off the coast of El Salvador.

20   Q.   And what is at that location?

21   A.   It's a specific point that they chose using GPS.

22   Q.   And approximately what time did you get there?

23   A.   Always in the later hours of the day, around 4:30 or

24   5:00 in the evening, afternoon.

25   Q.   Who was with you on the PAMELA I?

1    A.   It was always the engineer, Wilito, Chalo, and Mudo.

2    Q.   And the engineer was Otto Herrera?

3    A.   Yes.

4    Q.   Who was Chalo?

5    A.   One of Otto Herrera's trusted men.

6    Q.   What, if any, skills did Chalo have on a boat?

7    A.   He knew how to captain a boat.  He piloted these boats.

8    Q.   Okay.  And I'm going to show you what has been entered

9    as Government Exhibit No. 15.

10              MS. COHEN:  And I'd request permission to publish.

11              THE COURT:  All right.

12   Q.   Who is this person?

13   A.   That's Chalo.

14   Q.   Now, what, if anything, happened when you arrived at

15   that location offshore?

16   A.   Yes.  Well, at around 10:00 or 11:00 at night, a boat

17   approached, and it was a dark blue boat.  One of the

18   distinguishing characteristics of this was that it had four

19   off board Yamaha motors.  The entire cabin was covered, the

20   entire cabin, and it was about 50 feet long.  It had four

21   crew members.

22   Q.   Okay.  And when this other boat approached, what, if

23   anything, did people do on the PAMELA I?

24   A.   They began to signal with the light.

25   Q.   Who began to signal with the light?

1   A.   Chalo.

2   Q.   And what happened after Chalo began to signal with the

3   light?

4   A.   Well, the boat came close.   They came alongside.

5   Q.   And what happened once the boat came alongside the

6   PAMELA I?

7   A.   Well, we made an exchange.   We handed over the fuel, the

8   oil, and the coolers with food to them, and then they...

9   Q.   You can continue.

10   A.   And then they handed over 35 or 36 -- they passed 35 or

11   36 bundles into our boat.

12   Q.   Can you describe the bundles?

13   A.   Yes.   They were about three-foot long.   They were black

14   in color, and they weighed about 100 pounds.

15   Q.   Did you know what was inside these packages?

16   A.   At that time, yes.

17   Q.   And what did you think was inside the packages?

18   A.   It was cocaine.

19   Q.   How did they transfer the packages from the big boat to

20   the PAMELA I?

21   A.   Hand to hand.

22   Q.   Where were the packages placed in the PAMELA I?

23   A.   In the hull.

24   Q.   In the special compartment in the hull?

25   A.   Precisely.

1    Q.  Now, at some point did you return to shore?

2    A.  Yes.

3    Q.  What time, approximately, did you return to shore?

4    A.  Well, we got back somewhere around 6:00 in the morning.

5    Q.  Where did you return to?

6    A.  To Cuatro Vientos.

7    Q.  When you arrived at that time, were you able to bring

8    the PAMELA I onto shore?

9    A.  No.  It was low tide.  It was dry.

10   Q.  So what did you do instead?

11   A.  Well, we started to pass the bundles to the people who

12   were helping there.  They were carrying them on their backs

13   up the ramp to the hangar in Cuatro Vientos.

14   Q.  And who carried the cocaine?

15   A.  All of them -- all of those who were part of the group:

16   William Eliu Martinez, Engineer Otto Herrera, Chalito, El

17   Mudo, Kiqui, and also part of the security detail that was

18   there.

19   Q.  And you mentioned a Chalito.  Is that the same as Chalo?

20   A.  Yes.

21   Q.  And once you carried the cocaine into the hangar, where

22   was it then moved?

23   A.  Well, to a truck which I previously described with a red

24   cabin and a gray container.

25   Q.  Was the cocaine covered in any way within the truck?

```
 1    A.  Yes.  It was sealed.  It was covered.

 2    Q.  And what was it covered with?

 3    A.  Well, they piled many mattresses on top of it, bed

 4    mattresses.

 5    Q.  Now, once the cocaine was loaded onto the truck, what,

 6    if anything, happened with the truck?

 7    A.  Well, first Representative William Eliu Martinez went

 8    out on the road.  After which, the truck followed.

 9    Q.  Now, how were you feeling at this point?

10            THE COURT:  Let's stop.  This is probably a good

11    time to stop for the afternoon break, so we'll resume

12    afterwards.  It's 20 after, so at 3:35, okay, and don't talk

13    about the case.

14            (Jury exits courtroom)

15            THE COURT:  Mr. Arias-Martinez, we're going to

16    take a break until 3:35, then we'll come back and resume the

17    questions.

18            THE WITNESS:  Thank you.

19            INTERPRETER SALAZAR:  Excuse me, Your Honor, was

20    that 3:45 or 3:35?

21            THE COURT:  3:35.

22            And you should not talk about your testimony or

23    the case during this break.

24            THE WITNESS:  Yes.

25            THE COURT:  Okay.  We're on a break.
```

```
 1                    (Recess taken)

 2                    THE COURT:  Mr. Arias-Martinez.

 3                    (Jury enters courtroom)

 4                    THE COURT:  All right.  Good afternoon, everyone.

 5                    All right.  Continue with the direct of Mr. Arias-

 6      Martinez.

 7                    MS. COHEN:  Thank you, Your Honor.

 8      BY MS. COHEN:

 9      Q.  Good afternoon again.

10      A.  Good afternoon.

11      Q.  I think, when we left off, we had just finished your

12      second trip with Mr. Martinez.

13      A.  I couldn't hear that well.

14      Q.  Okay.  I think we were starting off where we left

15      before the break.  We just finished the second trip with

16      Mr. Martinez.

17                    THE COURT:  It's the Spanish he didn't hear that

18      well.

19      A.  That's correct.

20      Q.  Now, at this point what were your thoughts about being

21      involved in narcotic trafficking?

22      A.  It was something really bad for me and injurious.

23      Q.  What, if anything, did you do with your feelings on that

24      day?

25      A.  Well, they left, and I stayed on the boat on the water.
```

1    Right next to me there was a boy who had suddenly died, by

2    now under strange circumstances, and I did something that

3    was silly.  A mistake really.

4    Q.  What did you do?

5    A.  I crashed the PAMELA I against the wall in Cuatro

6    Vientos.

7    Q.  And was the PAMELA I damaged from this?

8    A.  A lot.

9    Q.  Can you describe how the PAMELA I was damaged.

10   A.  The entire bow of the boat broke.

11   Q.  What part of the boat broke?

12   A.  The section where the temperature-controlled compartment

13   was.

14   Q.  Was that the specially made compartment in the front of

15   the boat?

16   A.  Exactly.

17   Q.  Were you paid for this trip?

18   A.  So when Congressman Eliu Martinez came that day, I

19   reported to him that the boat was damaged, and he asked me

20   how it happened, and I told him, and he got very angry.  And

21   I remember he was so angry that he withdrew his weapon, a

22   pistol, a nine millimeter pistol that he was always

23   carrying, and he aimed at my feet, and he shot.  He fired

24   the weapon.

25   Q.  And I think I interrupted you.  Did you have anything

1    else to add to that?

2    A.  Yes.  Yes, he fired his gun six to eight times around my

3    feet, and he insulted me.  He was very angry.  He cursed me,

4    and he asked me how could that have happened.

5           I told him that the gear shift had got jammed or

6    was broken and that that is why I had wrecked the boat

7    against the walls in the Cuatro Vientos.

8    Q.  Okay.  Now, I am going to show you what has been entered

9    as Government's Exhibit No. 48 again.

10          MS. COHEN:  And I'd request permission to publish

11   to the jury.

12   Q.  Can you draw a circle around where you brought the boats

13   into once more for this second trip.

14   A.  (Witness complies)

15   Q.  And can you also draw a circle around the hangar where

16   you carried the cocaine into from the PAMELA I.

17   A.  (Witness complies)

18   Q.  Thank you.

19          Now, I want to direct your attention to May of

20   2000.  Did you again sail for Mr. Martinez?

21   A.  Say it again, please.

22   Q.  I want to direct your attention to May of 2000.  Did you

23   again sail for Mr. Martinez around that time?

24   A.  I did not understand.

25   Q.  Okay.  When was the next time that you sailed with

1    Mr. Martinez?

2    A.   In May of 2000.

3    Q.   Okay.  And did you make the same preparations for this

4    trip as you had the two previous ones?

5    A.   Yes.

6    Q.   And where did you go out on this trip?

7    A.   We went about 35 nautical miles away, 180 degrees to the

8    south.

9    Q.   And approximately what time did you get there?

10   A.   As always, at 4:00 in the afternoon.

11   Q.   And how did you know to go to that specific location?

12   A.   Because they used a GPS to program the coordinates, and

13   they knew the specific place where to go.

14   Q.   And who was with you on this particular journey?

15   A.   It was Chalo, myself, Willie, the engineer, and Mudo.

16   Q.   And which boat did you take out?

17   A.   PAMELA II.

18   Q.   And how come you took out the PAMELA II and not the

19   PAMELA I?

20   A.   Because it was broken, was damaged.

21   Q.   Who was the captain for this venture?

22   A.   Chalo.

23   Q.   So what was your role on this particular trip?

24   A.   Guide.

25   Q.   How come you were no longer the captain?

1   A.   Congressman Eliu Martinez was a bit upset with me.

2   Q.   Now, what, if anything, happened once you got to that

3   location at the GPS coordinates?

4   A.   So we left about 4:00 or 5:00, about 4:30 in the

5   afternoon, and we waited there until 11:00 p.m., and all of

6   a sudden a boat came about -- came up.  It was once again

7   blue.  The only difference is that it only had three

8   outboard engines, and it was approximately 37 feet long.

9   Q.   And similar to the last two occasions, did the larger

10  boat pull alongside the PAMELA II?

11  A.   Yes.

12  Q.   And what happened when the boats were placed side by

13  side?

14  A.   So we moved over to the incoming boat the fuel, the

15  food, and the lubricants, and we got in exchange the 36

16  bundles similar to the ones that I mentioned previously.

17  Q.   And did you know what was inside these packages?

18  A.   Yes.

19  Q.   And what was in there?

20  A.   Cocaine.

21  Q.   And did they transfer the packages in the same fashion

22  as before?

23  A.   Yes.

24  Q.   And how was that?

25  A.   It was moved to Cuatro Vientos.  The motor boat was

1    pulled up onto the hangar, then it was transferred to a

2    truck that had the red cabin with a gray container.

3    Q.  Okay.  And let's back up just for one moment.  When the

4    packages were placed from the big boat onto the PAMELA II,

5    where were they placed?

6    A.  On the floorboards on the hull of the boat.

7    Q.  And you mentioned that you returned to Cuatro Vientos.

8    Do you remember approximately what time you returned?

9    A.  Yes.  It was about 6:00 -- 5:30 to 6:00 in the morning.

10   Q.  And you also mentioned that you carried the cocaine from

11   the PAMELA II onto a hangar.  Who assisted in moving the

12   cocaine?

13   A.  All the ones that were there present:  Chalo, Wilito or

14   Little Willie, Otto Herrera, Congressman Eliu Martinez,

15   William Eliu Martinez, and part of the security detail that

16   was working at Cuatro Vientos at the time.

17   Q.  And then once the cocaine was in the hangar, can you

18   describe the truck that it was then moved into that you

19   mentioned?

20   A.  This is a truck with a red cabin, gray container, and

21   the capacity was three tons.

22   Q.  And was the cocaine covered within that truck?

23   A.  Yes.

24   Q.  And what was it covered with?

25   A.  They placed a lot of mattresses, a lot of mattresses on

1     it.

2     Q.  And then once the cocaine was loaded into the truck, did

3     the truck then leave?

4     A.  First Congressman Eliu Martinez would go out in the

5     road.  He would come back in about 30 minutes, and then he

6     would take the truck.

7     Q.  Okay.  And then the truck left after Mr. Martinez

8     returned?

9     A.  Yes.

10    Q.  Okay.  And were you paid for this trip?

11    A.  Yes.

12    Q.  And how much were you paid?

13    A.  45,000 colones.

14    Q.  And I'm going to show you once again what has been

15    entered as Government's Exhibit No. 48, and I believe it's

16    still being published.  Can you draw a circle again around

17    the hangar where you brought the PAMELA II, or I should say

18    where you brought the cocaine from the PAMELA II into.

19    A.  Yes.  (Witness complies)

20    Q.  And can you also make an X where the truck was located

21    next to the hangar.

22    A.  Yes.  (Witness complies)

23    Q.  Thank you.

24            Now, when was the last trip that you made with

25    Mr. Martinez?

1    A.   That was in June of 2000.

2    Q.   And did you take the same preparations as you had with

3    the three previous trips?

4    A.   Yes.

5    Q.   And do you remember where you went out on that

6    particular trip?

7    A.   Well, the sea was in a bad way, and we went out about 33

8    nautical miles.  It was very choppy.

9    Q.   And what boat did you take out?

10   A.   PAMELA II.

11   Q.   And who was the captain for this venture?

12   A.   Chalo.

13   Q.   And was your role to be a guide again?

14   A.   Yes, guide.

15   Q.   And at some point similar to the last times did a larger

16   boat approach the PAMELA II?

17   A.   Yes.  The difference is that this one only had two

18   outboard motors.

19   Q.   And did there come a time that you made an exchange with

20   this boat?

21   A.   Yes.

22   Q.   And what was exchanged?

23   A.   We moved into the incoming boat fuel, oil, and a lot of

24   food, and they transferred onto ours 35 bundles similar to

25   the ones I have already described.

1    Q.  Now, once you had these bundles, did there come a time

2    that you returned to Cuatro Vientos?

3    A.  Yes.  On that particular trip it was already daybreak.

4    It was about 7:00 in the morning.

5    Q.  And can you --

6         INTERPRETER ESTRADA:  7:00 to 7:30.  Interpreter's

7    correction.

8    Q.  And can you briefly describe the process of bringing the

9    packages from the PAMELA II onto shore.

10   A.  Yes.  We arrived, and as always we used a vehicle in

11   order to get the boat to the hangar for Cuatro Vientos.

12   Q.  Okay.  And then from the hangar, where did the

13   cocaine -- where was it then moved to?

14   A.  Once again, to the truck that I've previously described,

15   red with gray.

16   Q.  And at some point did the truck leave?

17   A.  Yes, after the Representative William Eliu Martinez had

18   gone out.

19   Q.  Now, in total, from 1999 until June of 2000,

20   approximately how many boat trips did you do with

21   Mr. Martinez and Otto Herrera?

22   A.  Five.

23   Q.  And was the process always the same as you had just

24   described?

25   A.  Yes.

1    Q.  What was the reason that you stopped making boat trips

2    after June of 2000?

3    A.  Well, when I came to realize the problem that I was

4    getting messed up in, I decided to look for another way in

5    order to get out.

6    Q.  Okay.  And how did you get out?

7              INTERPETER GASTON-OWEN:  Get out of that group.

8    Interpreter correction.

9    A.  Well, first and foremost, because of God's mercy.

10             On that day, that is the last trip that I did

11   in the year 2000.  The PAMELA was in the hangar, and the

12   rest -- others had left.  I was left there in order to wash

13   and do maintenance on the engines, and I decided to damage

14   two of the motors of the PAMELA II.

15   Q.  How did you damage the motors?

16   A.  I took the tops off of the motors, and I put sugar in

17   the internal gas filters of those engines.

18   Q.  And what does sugar do to the internal gas filters of an

19   engine?

20   A.  Well, since I'm a mechanic, I know that that's

21   incompatible with fuel.  What it does is it thickens -- it

22   almost makes it syrupy -- the gas, and that hurts the

23   pistons in the engine.

24   Q.  Now, in addition to breaking the motors, at some point

25   did you also contact law enforcement about Mr. Martinez's

1    drug trafficking organization?

2    A.  Yes.

3    Q.  And to your knowledge, did the boat operation with

4    Mr. Martinez continue after you?

5    A.  Yes.

6    Q.  And what do you base this on?

7    A.  Well, exactly in 2001, I was actually working, guiding

8    tourism excursions, and I arrived at a place that's called

9    La Puntilla, still again in the Costa del Sol, and I came

10   about a PAMELA that was going out to sea, and I made the

11   decision to take a picture of it as it went.

12   Q.  When you say that you saw a Pamela, are you referring to

13   either the PAMELA I or the PAMELA II?

14   A.  I can't say which PAMELA it was, but I know that it was

15   one of those that belonged to Representative William Eliu

16   Martinez.

17   Q.  Okay.  I'm going to show you what has been marked as

18   Government's Exhibit No. 63.  Do you recognize this

19   photograph?

20   A.  Perfectly.

21   Q.  And what is this a photograph of?

22   A.  That's a PAMELA, one of the PAMELAs that belonged to

23   Representative William Eliu Martinez.

24   Q.  And does this photograph fairly and accurately reflect

25   the photo that you took of either the PAMELA I or the PAMELA

1    II in Cuatro Vientos back in the year 2000 or 2001?

2    A.  Yes, correct.

3           MS. COHEN:  At this time I would offer into

4    evidence what has been marked as Government's Exhibit

5    No. 63.

6           THE COURT:  Any objections?

7           MR. EARNEST:  No objection.

8           MR. RETURETA:  No objection.

9           THE COURT:  All right.  Then I'll admit

10   Government's Exhibit 63 without objection.

11          MS. COHEN:  Permission to publish to the jury?

12          THE COURT:  Yes.

13          MS. COHEN:  Thank you.

14   Q.  Mr. Martinez, can you circle the boat in this picture.

15   A.  (Witness complies)

16   Q.  And this is the photograph that you took with your

17   camera back in 2000 or 2001?

18   A.  Yes.

19   Q.  Okay.  Now, I'm going to show you what has been marked

20   as Government's Exhibit No. 47.

21          MS. COHEN:  This exhibit has been entered so I

22   would request permission to publish to the jury at this

23   time.

24          THE COURT:  All right.

25   Q.  Mr. Martinez, what are we looking at?

1    A.   That's me with counter narcotics officers from my

2    country.

3    Q.   Okay.  And are you the person in the middle?

4    A.   Correct.

5    Q.   And where are you located in this picture?  Where are

6    you?

7    A.   I'm in between the two agents.

8    Q.   Okay.  And what is the name of this location?

9    A.   Cuatro Vientos.

10   Q.   And I'm going to show you what has been entered into

11   evidence as Government's Exhibit No. 49.

12            MS. COHEN:  Permission to publish to the jury?

13            THE COURT:  Yes.

14   Q.   What is this a photograph of?

15   A.   That's the Cuatro Vientos dock.

16   Q.   And what would happen on the Cuatro Vientos dock?

17   A.   That's where they would hang up a lot of hammocks when

18   people who are working in this stuff would arrive.

19   Q.   And when you say "stuff would arrive," what are you

20   referring to?

21   A.   That's where they would off-load the cocaine.

22   Q.   Okay.  And I'm going to show you what has been entered

23   as Government's Exhibit No. 50.

24            MS. COHEN:  And I'd request permission to publish

25   it to the jury.

```
 1                    THE COURT:  Go ahead.
 2   Q.   What is this a photograph of?
 3   A.   That's me.
 4   Q.   And what are you pointing to?
 5   A.   I'm pointing to the Cuatro Vientos ramp.
 6   Q.   And is that how the boats got in and out of the water?
 7   A.   Correct.
 8   Q.   Okay.  Now, I'm going to show you what has been entered
 9   as Government's Exhibit No. 51.
10                    MS. COHEN:  And permission to publish to the jury?
11                    THE COURT:  Yes.
12   Q.   What is this a photograph of?
13   A.   That's the hangar at Cuatro Vientos.
14   Q.   And what was done in this hangar?
15   A.   That's where we kept the boats.
16   Q.   And is that where you carried the cocaine from the boats
17   to the trucks?
18   A.   Yes.
19   Q.   And can you mark in that photo where the trucks would be
20   parked?
21   A.   Perfectly.  (Witness complies)
22                    MS. COHEN:  Okay.  And for the record, the witness
23   has drawn a circle to the right of the photo by the trees.
24   Q.   Now I'm going to show you what has been entered as
25   Government's Exhibit No. 52.
```

1       MS. COHEN:  And permission to publish this to the

2   jury?

3       THE COURT:  Go ahead.

4   Q.  What is this a photograph of?

5   A.  It's me.

6   Q.  And what are you standing in front of?

7   A.  I'm standing in front of the Cuatro Vientos hangar.

8   Q.  Okay.  And I'm going to show you what has been marked as

9   Government's Exhibit No. 53.  Do you recognize this?

10  A.  Yes.

11  Q.  And what is this a photograph of?

12  A.  It's the interior of the Cuatro Vientos hangar.  I'm

13  pointing at the area where we stored the PAMELA I and the

14  PAMELA II.

15  Q.  Okay.  And does this photo fairly and accurately reflect

16  the hangar that was used at Cuatro Vientos back in the year

17  2000?

18  A.  Yes.

19      MS. COHEN:  At this time I would offer into

20  evidence what has been marked as Government's Exhibit No.

21  54.

22      MR. EARNEST:  No objection.

23      MS. COHEN:  Sorry, 53.

24      THE COURT:  Any objections?

25      MR. RETURETA:  No.

1          THE COURT:  Mr. Earnest?

2          MR. EARNEST:  No.  No, Your Honor.

3          THE COURT:  All right.  I'll admit Government's

4    Exhibit 53 without opposition.

5          MS. COHEN:  And I would request permission to

6    publish it to the jury.

7    Q.  Mr. Martinez, can you just make a mark on the screen

8    where the PAMELA I and the PAMELA II entered into this

9    hangar.

10   A.  Yes.  (Witness complies)

11   Q.  Okay.

12         MS. COHEN:  And for the record, the witness has

13   drawn a box on the right side and a box on the left side

14   indicating the spaces for the PAMELA I and the PAMELA II.

15   Q.  Okay.  At this time I'm going to show you what has been

16   marked as Government's Exhibit No. 54.  Do you recognize

17   this?

18   A.  Yes.

19   Q.  And what is this photograph?

20   A.  I'm pointing at the warehouse where cocaine was stored

21   on occasions.

22   Q.  And does this photograph fairly and accurately reflect

23   the warehouse that was used at Cuatro Vientos back in the

24   year 2000 and 2001?

25   A.  Yes.

1      MS. COHEN:  At this time I would offer what has

2   been marked as Government's Exhibit No. 54 into evidence.

3      THE COURT:  Any objection?

4      MR. EARNEST:  No, Your Honor.

5      MR. RETURETA:  No.

6      THE COURT:  All right.  I'll admit without

7   objection Government's Exhibit 54.

8      MS. COHEN:  Permission to publish to the jury?

9      THE COURT:  You need to let them finish

10   translating.

11      You have permission to publish.

12      MS. COHEN:  Thank you, Your Honor.

13   Q.  Could you tell us what we're looking at in this photo?

14   A.  That's me pointing at a warehouse in Cuatro Vientos.

15   Q.  All right.  Now I'm going to show you what has been

16   marked as Government's Exhibit No. 55.  Do you recognize

17   this?

18   A.  Yes.

19   Q.  And what is this a photograph of?

20   A.  I'm pointing at the entry door leading into the Cuatro

21   Vientos warehouse.

22   Q.  And does this photo fairly and accurately reflect the

23   warehouse that was used at Cuatro Vientos back in the year

24   2000 and 2001?

25   A.  Yes.

1          MS. COHEN:  At this time I would offer into

2    evidence what has been marked as Government's Exhibit No.

3    55.

4          THE COURT:  Any objections?

5          MR. EARNEST:  No, Your Honor.

6          MR. RETURETA:  No.

7          THE COURT:  All right.  I'll admit it without

8    objection, Exhibit 55.

9          MS. COHEN:  Permission to publish?

10         THE COURT:  Yes.

11   Q.  Mr. Martinez, where are you standing right now?

12   A.  I am standing at the warehouse at Cuatro Vientos.

13   Q.  And what are you pointing to in this picture?

14   A.  The door through which the cocaine was brought in in the

15   year 2000.

16   Q.  Now I'm going to show you what has been marked as

17   Government's Exhibit No. 64.

18         THE COURT:  This is 6-4, right?

19         MS. COHEN:  Yes, Your Honor.

20   Q.  Do you recognize this photograph?

21   A.  Perfectly.

22   Q.  And what is this a photograph of?

23   A.  It's the interior of the warehouse in Cuatro Vientos.

24   Q.  And does this photograph fairly and accurately reflect

25   the inside of the warehouse that was used at Cuatro Vientos

1    in the year 2000 and 2001?

2    A.  Yes.

3              MS. COHEN:  At this time I would offer into

4    evidence what has been marked as Government's Exhibit 64.

5              THE COURT:  Any objections?

6              MR. RETURETA:  No, Your Honor.

7              MR. EARNEST:  No, Your Honor.

8              THE COURT:  All right.  I'll admit it without

9    objection, Government's Exhibit 64.

10   Q.  And what are we looking at in this --

11             MS. COHEN:  Permission to publish, Your Honor?

12             THE COURT:  Go ahead.

13   Q.  What are we looking at in this photo, Mr. Martinez?

14   A.  This is fiberglass that was used to repair the damage I

15   caused the PAMELA I.

16   Q.  Okay.  And can you draw a circle around the fiberglass

17   items in this photograph.

18   A.  Yes.  (Witness complies)

19             MS. COHEN:  Okay.  For the record, the witness has

20   circled the items around No. 7, No. 10, and No. 9 in the

21   photograph.

22   Q.  Okay.  I'm going to show you now what has been marked as

23   Government's Exhibit No. 65.  Do you recognize this

24   photograph?

25   A.  Yes.

1     Q.  And how do you recognize this photograph?

2     A.  I'm the one in the picture.

3     Q.  Okay.  And where are you?

4     A.  Inside the Cuatro Vientos hangar.

5     Q.  And does this photograph fairly and accurately represent

6     the inside area of the hangar that was located at Cuatro

7     Vientos?

8     A.  Yes.

9          MS. COHEN:  At this time I would offer into

10     evidence what has been marked as Government's Exhibit No.

11     65.

12          THE COURT:  Any objections?

13          MR. RETURETA:  No, Your Honor.

14          MR. EARNEST:  No objection.

15          THE COURT:  So I'll admit Government's Exhibit 54

16     without objection.

17          MS. COHEN:  Permission to publish to the jury?

18          THE COURT:  Go ahead.

19     Q.  Mr. Martinez, what are you pointing to?

20     A.  This is very interesting.  Well, this is a container

21     where the radios used to communicate on the boats were

22     stored, and it's actually a sealed climate-controlled

23     deposit.  It's waterproof, and it's found in Cuatro Vientos.

24     Q.  Okay.  So to clarify, the boats went inside the bucket,

25     and then the bucket was sealed?

1    A.   Exactly.

2    Q.   Okay.  And I'm going to show you now what has been

3    marked as Government's Exhibit No. 67.  Do you recognize

4    this photograph?

5    A.   Yes.

6    Q.   And what is this a photograph of?

7    A.   This 3is the area that I damaged in the PAMELA I in the

8    year 2000.

9    Q.   And does this photograph fairly and accurately reflect

10   the broken PAMELA I in the year 2000 that was located at

11   Cuatro Vientos?

12   A.   Yes.  This is the storage area within the PAMELA I.

13             MS. COHEN:  Okay.  At this time I would offer

14   into evidence what has been marked as Government's Exhibit

15   No. 67.

16             THE COURT:  Any objections?

17             MR. RETURETA:  No, Your Honor.

18             MR. EARNEST:  No, Your Honor.

19             THE COURT:  All right.  I'll admit Government's

20   Exhibit 67 without opposition.

21             MS. COHEN:  Permission to publish?

22             THE COURT:  Go ahead.

23   Q.   Mr. Martinez, what are we looking at here?

24   A.   This is the storage area, the temperature-controlled

25   storage area that the PAMELA I had.

1    Q.  Okay.  And can you make an X on the screen where the

2    cocaine would be put into the storage container area.

3    A.  Yes.  (Witness complies)

4          MS. COHEN:  Okay.  And for the record, the witness

5    has made a box around the brown area of the front of the

6    boat.

7    Q.  And how did you know that this particular piece was part

8    of the PAMELA I?

9    A.  Because I know it well.  I damaged it.

10          MS. COHEN:  Your Honor, may I just have a moment,

11   please?

12          (Pause)

13          MS. COHEN:  I have no further questions for this

14   witness.  Thank you.

15          THE COURT:  Cross, Mr. Retureta?

16          MR. RETURETA:  Thank you, Your Honor.  If I may

17   just have the Court's indulgence for one more moment.

18          (Pause)

19          MR. RETURETA:  Thank you, Your Honor.

20                     CROSS-EXAMINATION

21   BY MR. RETURETA:

22   Q.  Captain Arias-Martinez, how are you?

23   A.  I'm doing well.  Thank you.

24   Q.  Just a few questions.  I'm asking you to look at what

25   has previously been identified and admitted into evidence as

1    Government's Exhibit 8.

2              MR. RETURETA:  If we could publish that to the

3    jury, please.

4    Q.  Captain, do you see that on the screen?

5    A.  Yes, sir.

6    Q.  And can you tell us what that is?

7    A.  It's a map of El Salvador.

8    Q.  Everything that you have been talking to us about today,

9    can you identify just by drawing a circle around the area on

10   the map where this took place.

11   A.  Okay.  (Witness complies)

12   Q.  What you've told us is that there were five times that

13   you ran drugs for Congressman Martinez, right?

14   A.  I did not understand that.

15   Q.  You talked to us about the times that you used the

16   PAMELA I or the PAMELA II to go out and pick up drugs and

17   bring them back to the coast, right?

18   A.  Yes, sir.

19   Q.  And you told us that you had done that five times,

20   right?

21   A.  About that many times.  It has been 15 years, sir.

22   Q.  Let's switch up here Government's Exhibit 48, which has

23   been admitted into evidence.  You see that on your screen,

24   right?

25   A.  Yes, sir.

1   Q.  This is Cuatro Vientos?

2   A.  Yes, sir.

3   Q.  Were you familiar with a place called La Ferretería?

4   A.  No, sir.

5          MR. RETURETA:  And for the benefit of our court

6   reporter, we can provide that spelling.

7   Q.  During the times that you were with Congressman Martinez

8   and the engineer, who you told us was Otto, and the others

9   that you've identified, do you remember ever being with

10  someone by the name of Byron or Byrito?

11  A.  Probably so.  It was many people that were participating

12  there.

13  Q.  But do you remember specifically?

14  A.  I remember the ones I mentioned, sir.

15  Q.  Just the ones you mentioned to Ms. Cohen when she asked

16  you the questions?

17  A.  Yes, because they were the ones that were with me, the

18  ones that participated in the unloading of the cocaine.

19  Q.  Now, turning back to Government's Exhibit 8, where did

20  you live?

21  A.  In Costa del Sol.

22  Q.  And can you point out on the map where Costa del Sol is.

23  A.  Yes.  Yes, of course.  (Witness complies)

24  Q.  Thank you.

25          Now, do you know of another place that's called

1    Jiquilisco?

2              MR. RETURETA:   And for the benefit of our court

3    reporter, that's J-i-q-u-i-l-i-s-c-o; Jiquilisco Bay.

4    A.  Yes, sir.

5    Q.  Can you show us on our map again where, approximately,

6    Jiquilisco Bay is on that map.

7    A.  Yes, sir.

8    Q.  Please.

9    A.  (Witness complies)

10   Q.  Thank you.

11             And do you know of a property called Pinocho; P-i-

12   n-o-c-h-o, Pinocho?

13   A.  No, sir.

14   Q.  Now, going back to Government's Exhibit No. 48, when you

15   were on this property, Cuatro Vientos, did you ever see a

16   banana truck?

17   A.  No, sir.

18   Q.  Now, the times -- the five times that you did this, who

19   was it that gave you your instructions?

20   A.  Congressman William Eliu Martinez.

21   Q.  Did you ever receive any instruction or information

22   about what was happening from the engineer, Otto?

23   A.   Like what?  Repeat, please.

24   Q.  Well, did you ever receive any instructions from him on

25   where to go or what to do or instructions on how to unload

1   gas or load cocaine?  Just anything that he was telling you

2   to do something.

3   A.  He was with me.  He went with me.

4   Q.  But did he tell you what you needed to do or what not to

5   do?

6   A.  My boss was Congressman Eliu William Martinez.

7   Q.  Okay.  And did Congressman Martinez tell you anything

8   about where this cocaine was coming from?

9   A.  No, sir.

10  Q.  Did he tell you anything about who may have been the

11  owner or had some proprietary interest in the cocaine?

12  A.  No.  What I knew is that that particular property was

13  being used to do these bad things.

14  Q.  And once the PAMELA I or PAMELA II arrived at Cuatro

15  Vientos, your job was to help unload it and take it to the

16  warehouse that I'm highlighting there, right?

17  A.  Yes.  That is where we kept the boats.

18  Q.  And then once the boats were unloaded, and they were

19  loaded onto this truck that you've described with the red

20  cab, was your job done at that point?

21  A.  No.  I was the person that was in charge of the

22  maintenance of the boats.  I would wash them.

23  Q.  Did you leave Cuatro Vientos with the red truck?

24  A.  No.

25  Q.  Did you know where that red truck was going?

1    A.  No.

2    Q.  Did Congressman Martinez inform you at any time "This is

3    where the red truck is going to go next"?

4    A.  No.  The truck departed Cuatro Vientos, and I remained

5    behind cleaning the boats.

6    Q.  And this is what happened every single time from the

7    first time in 1998, right?

8    A.  That is correct.

9    Q.  To the time in 2000 that you described as being during

10   Holy Week?

11   A.  Yes.

12   Q.  To the time in June of 2000 when you said the sea was

13   angry that day?

14   A.  Yes.

15   Q.  I'll draw your attention to Government's Exhibit 63

16   which has been entered into evidence.  Now, this is -- is

17   this the photograph that you took?

18   A.  Yes.

19   Q.  And what did you use to take this photograph?  Did you

20   use a phone?  A camera?

21   A.  With a camera.

22          MR. RETURETA:  Captain, that's all I have.  Thank

23   you very much.

24          Thank you, Your Honor.

25          THE COURT:  All right.  Mr. Earnest.

1      MR. EARNEST:  Thank you, Your Honor.

2                     CROSS-EXAMINATION

3  BY MR. EARNEST:

4  Q.  Good afternoon, Captain.

5  A.  Sir.

6  Q.  What's your father's last name?

7  A.  David Arias.

8  Q.  So you're Captain Arias?

9  A.  Yes, sir.

10  Q.  I want to clarify that because we heard the name David

11  Sabas Arias-Martinez.

12  A.  That's correct.

13  Q.  Captain Arias, I'd like to start by confirming the

14  spelling of "Jaltepeque," so I'll spell it and see if you

15  agree with me.  It's J-a-l-t-e-p-e-q-u-e.

16  A.  Jaltepeque.

17  Q.  Is that correct?

18  A.  Yes.

19  Q.  And you described that as a fishing club?

20  A.  Yes, sir.

21  Q.  Was it private membership only, or open to the public?

22  A.  Partners.

23  Q.  Memberships only?

24  A.  You can say that.  There is a place that has 40 boats.

25  Q.  Was the membership very exclusive, very high society?

1    A.  Different kinds of people.

2    Q.  And Representative Martinez was a member; is that right?

3    A.  No.

4    Q.  Was Otto Herrera a member?

5    A.  No.

6    Q.  So who invited them to the club?

7    A.  What's that?  How come?

8    Q.  You said that this was a private club with members, but

9    Martinez and Herrera were not members.  Did they need

10   permission from a member to enter the club?

11   A.  Let me clarify something, sir.  At the time there were

12   no walls surrounding the property of the club.  There was

13   not a gate.  It was a free entrance to it.

14   Q.  So anyone could come and go?

15   A.  Yes.

16   Q.  How long had you been working there before you met

17   Mr. Martinez?

18   A.  Well, sir, I had worked there since 1987.

19   Q.  And was your job principally to take people on fishing

20   expeditions, or was it just general tourist activity?

21   A.  Mechanic.

22   Q.  So before the -- before you met Mr. Martinez, you had

23   not been a captain on a vessel?

24   A.  Sir, let me explain something.  A mechanic needs to know

25   how to pilot a boat in order to be able to test the motors

1    and find out if they're running well or not.

2          I'm not a captain with a diploma.  I'm someone

3    who, out of necessity, learned to pilot boats.

4    Q.  I understand.

5          So when Mr. Herrera or Mr. Martinez came to you,

6    it was because you were a mechanic.  They wanted you to give

7    your opinion as to the boat; is that right?

8    A.  I had a boat for sale.  Someone had a boat.  They handed

9    it to me, and we put up a sign that said "For Sale."

10   Q.  And you sold the boat to Mr. Martinez or to Mr. Herrera?

11   A.  To Mr. Martinez.

12   Q.  And after you sold it, he asked you to change the

13   engines; or was that before you sold the boat?

14   A.  No, once they had purchased it.

15   Q.  Were you surprised that they were not satisfied with the

16   Johnson engines that were on the boat?

17   A.  No.  They could change the engines for whatever they

18   wanted.

19   Q.  Were the Johnson motors not adequate for fishing?

20   A.  They were 140 HP.

21   Q.  My ignorance is complete.  Does that mean that they were

22   not very powerful?

23   A.  It was a lower level of capacity for what they were

24   looking for.

25   Q.  Were they sufficient to get 30 knots out to the high

```
 1    seas.
 2    A.  You couldn't trust it for that.
 3    Q.  So did you buy the motors, or did they buy the motors,
 4    the new motors?
 5    A.  They did, sir.
 6    Q.  Did they ask you to install the motors on the boats?
 7    A.  No, sir.
 8    Q.  Was that done by somebody else, by the dealer?
 9    A.  Yamaha has a store in El Salvador, and they're the ones
10    who sell and install the engines so that they come with a
11    guarantee.
12    Q.  So you sold -- now, this was one boat that you sold?
13    A.  Sir, I wasn't the one who sold it.  I was the one who
14    put the sign, the "For Sale" sign, on it, and Representative
15    Martinez got in touch with the owner.
16                THE COURT:  I think we need to stop at this point.
17                All right.  Counsel, if you could come to the
18    side.
19                (The following is a conference held at the
20                 bench outside the hearing of the jury)
21                THE COURT:  I was hoping you would finish, but
22    we're not going to.  Who is the next witness after this one?
23                MS. COHEN:  She's a chemist; Diana Leyla
24    Fernandez.
25                THE COURT:  Do we have any issues that we need to
```

 1    take up tonight or tomorrow, or are we doing all right?

 2              MR. RETURETA:  No.  We anticipate Otto coming in

 3    after this witness.

 4              THE COURT:  But we've taken care of whatever

 5    issues you can think of?

 6              MR. RETURETA:  Yes.

 7              THE COURT:  Okay.  Then you at 9:00; them at 9:30.

 8              MR. RETURETA:  Okay.

 9              MS. COHEN:  Thank you.

10              MR. EARNEST:  Thank you, Your Honor.

11              (This is the end of the bench conference)

12              THE COURT:  All right.  Members of the jury, let

13    me excuse you for this evening.  Let me ask you again to

14    come back by 9:30 inside.  We'll bring you on out, and we'll

15    proceed with the rest of the case.

16              Don't talk about the case tonight.  Make sure you

17    don't, and take good care of yourselves.  We'll see you

18    tomorrow.

19              (Jury exits courtroom)

20              THE COURT:  All right.  Mr. Arias, I'm excusing

21    you for this evening, and tomorrow we'll start -- continue

22    with the questioning at 9:30 so you need to make sure that

23    you're in the courthouse early enough.

24              THE WITNESS:  Thank you, Your Honor.

25              THE COURT:  And then tonight don't talk about the

1      case or your testimony.

2                  THE WITNESS:  Yes, Your Honor.

3                  THE COURT:  Good evening, everybody.

4                      (Whereupon the hearing was

5                       adjourned at 4:54 p.m.)

6

7           **CERTIFICATE OF OFFICIAL COURT REPORTER**

8

9                  I, LISA A. MOREIRA, RDR, CRR, do hereby

10     certify that the above and foregoing constitutes a true and

11     accurate transcript of my stenographic notes and is a full,

12     true and complete transcript of the proceedings to the best

13     of my ability.

14        Dated this 29th day of February, 2016.

15

16                                  /s/Lisa A. Moreira, RDR, CRR
                                    Official Court Reporter
17                                  United States Courthouse
                                    Room 6718
18                                  333 Constitution Avenue, NW
                                    Washington, DC 20001
19

20

21

22

23

24

25

# /

**/s/Lisa** [1] - 67:16

# 1

**10** [1] - 53:20
**100** [1] - 32:14
**10:00** [2] - 22:6, 31:16
**11:00** [3] - 22:6, 31:16, 39:5
**12** [1] - 23:15
**120** [3] - 2:3, 20:15, 20:16
**13** [1] - 17:15
**140** [1] - 64:20
**145** [1] - 1:15
**15** [3] - 20:11, 31:9, 57:21
**16** [1] - 20:11
**1710** [1] - 1:22
**180** [1] - 38:7
**1987** [1] - 63:18
**1998** [4] - 12:7, 13:11, 15:2, 61:7
**1999** [4] - 6:23, 15:3, 28:24, 43:19
**1:03-cr-00331-CKK** [1] - 1:4

# 2

**20** [4] - 20:11, 23:14, 24:7, 34:12
**200** [2] - 14:2, 14:3
**2000** [21] - 15:1, 28:24, 30:13, 37:20, 37:22, 38:2, 42:1, 43:19, 44:2, 44:11, 46:1, 46:17, 49:17, 50:24, 51:24, 52:15, 53:1, 55:8, 55:10, 61:9, 61:12
**20001** [3] - 1:19, 2:10, 67:18
**2001** [6] - 45:7, 46:1, 46:17, 50:24, 51:24, 53:1
**20036** [1] - 1:22
**2004** [1] - 10:2
**2016** [2] - 1:4, 67:14
**202** [3] - 1:16, 1:19, 1:23
**202-354-3187** [1] - 2:11
**20530** [1] - 1:15
**20737** [1] - 2:4
**23** [1] - 14:16
**240** [1] - 2:4
**27** [1] - 15:13
**28** [2] - 14:16, 15:12

**29** [1] - 1:4
**29th** [1] - 67:14
**2:39** [1] - 1:5

# 3

**30** [5] - 21:25, 24:7, 26:17, 41:5, 64:25
**300** [1] - 1:18
**33** [1] - 42:7
**333** [2] - 2:10, 67:18
**35** [4] - 32:10, 38:7, 42:24
**36** [5] - 21:15, 30:19, 32:10, 32:11, 39:15
**37** [1] - 39:8
**38** [1] - 29:8
**3:35** [4] - 34:12, 34:16, 34:20, 34:21
**3:45** [1] - 34:20
**3is** [1] - 55:7

# 4

**4** [1] - 3:4
**40** [1] - 62:24
**401-5277** [1] - 2:4
**42** [1] - 9:16
**45,000** [1] - 41:13
**450-6119** [1] - 1:19
**47** [1] - 46:20
**48** [9] - 28:16, 29:3, 29:9, 29:10, 29:13, 37:9, 41:15, 57:22, 59:14
**49** [1] - 47:11
**4:00** [3] - 18:11, 38:10, 39:4
**4:30** [2] - 30:23, 39:4
**4:54** [1] - 67:5

# 5

**50** [2] - 31:20, 47:23
**50,000** [1] - 27:16
**51** [1] - 48:9
**52** [1] - 48:25
**53** [3] - 49:9, 49:23, 50:4
**54** [5] - 49:21, 50:16, 51:2, 51:7, 54:15
**55** [3] - 51:16, 52:3, 52:8
**56** [1] - 3:6
**5:00** [3] - 18:11, 30:24, 39:4
**5:30** [1] - 40:9

# 6

**6-4** [1] - 52:18

**616-0381** [1] - 1:16
**62** [1] - 3:6
**63** [6] - 18:1, 19:5, 45:18, 46:5, 46:10, 61:15
**64** [3] - 52:17, 53:4, 53:9
**643-9472** [1] - 1:23
**65** [2] - 53:23, 54:11
**67** [3] - 55:3, 55:15, 55:20
**6718** [2] - 2:9, 67:17
**6801** [1] - 2:3
**6:00** [3] - 33:4, 40:9

# 7

**7** [1] - 53:20
**7:00** [2] - 43:4, 43:6
**7:30** [1] - 43:6

# 8

**8** [2] - 57:1, 58:19

# 9

**9** [3] - 3:5, 4:17, 53:20
**900** [1] - 1:18
**9:00** [2] - 27:23, 66:7
**9:30** [3] - 66:7, 66:14, 66:22

# A

**ability** [2] - 14:6, 67:13
**able** [8] - 4:19, 5:24, 6:4, 22:9, 22:23, 23:2, 33:7, 63:25
**absolved** [1] - 10:16
**accurate** [1] - 67:11
**accurately** [8] - 28:22, 45:24, 49:15, 50:22, 51:22, 52:24, 54:5, 55:9
**Action** [1] - 1:3
**action** [1] - 5:7
**activity** [1] - 63:20
**add** [1] - 37:1
**addition** [2] - 14:13, 44:24
**adequate** [1] - 64:19
**adjourned** [1] - 67:5
**admit** [9] - 4:17, 29:12, 46:9, 50:3, 51:6, 52:7, 53:8, 54:15, 55:19
**admitted** [2] - 56:25, 57:23
**afternoon** [13] - 4:6, 4:13, 4:14, 9:10,

18:12, 30:24, 34:11, 35:4, 35:9, 35:10, 38:10, 39:5, 62:4
**AFTERNOON** [1] - 1:9
**afterwards** [1] - 34:12
**agent** [2] - 4:19, 7:10
**Agent** [2] - 4:13, 7:7
**agents** [1] - 47:7
**agree** [1] - 62:15
**ahead** [6] - 9:5, 48:1, 49:3, 53:12, 54:18, 55:22
**aided** [1] - 1:25
**aimed** [1] - 36:23
**airplane** [1] - 7:2
**almost** [1] - 44:22
**alongside** [4] - 19:18, 32:4, 32:5, 39:10
**AMERICA** [1] - 1:3
**ammunition** [2] - 18:4, 18:8
**Angeles** [1] - 2:6
**angry** [4] - 36:20, 36:21, 37:3, 61:13
**answer** [3] - 8:10, 8:16, 9:4
**answered** [1] - 9:4
**answering** [1] - 9:3
**answers** [1] - 8:18
**anticipate** [1] - 66:2
**APPEARANCES** [3] - 1:12, 1:24, 2:1
**approach** [4] - 13:9, 19:11, 23:18, 42:16
**approached** [2] - 31:17, 31:22
**approaching** [1] - 18:23
**approximation** [1] - 6:8
**April** [1] - 30:13
**area** [18] - 5:12, 18:10, 22:7, 23:5, 23:6, 23:9, 23:10, 26:9, 29:18, 49:13, 54:6, 55:7, 55:12, 55:24, 55:25, 56:2, 56:5, 57:9
**ARIAS** [3] - 3:5, 9:7, 9:17
**Arias** [11] - 7:18, 9:12, 34:15, 35:2, 35:5, 56:22, 62:7, 62:8, 62:11, 62:13, 66:20
**ARIAS-MARTINEZ** [2] - 3:5, 9:7
**Arias-Martinez** [6] - 7:18, 9:12, 34:15, 35:2, 56:22, 62:11
**arrest** [1] - 11:13

**arrested** [5] - 6:17, 9:20, 9:22, 10:1, 11:14
**arrive** [3] - 18:10, 47:18, 47:19
**arrived** [8] - 18:13, 22:9, 29:20, 31:14, 33:7, 43:10, 45:8, 60:14
**assisted** [1] - 40:11
**assume** [1] - 7:19
**Atlantic** [1] - 6:1
**attention** [4] - 12:6, 37:19, 37:22, 61:15
**attorneys** [1] - 8:6
**authorities** [1] - 28:10
**automatic** [1] - 25:24
**Avenue** [5] - 1:18, 1:22, 2:3, 2:10, 67:18
**aware** [1] - 28:10

# B

**backs** [2] - 30:7, 33:12
**bad** [3] - 35:22, 42:7, 60:13
**bags** [1] - 20:14
**banana** [1] - 59:16
**BARRY** [1] - 1:20
**base** [1] - 45:6
**based** [2] - 6:2, 6:16
**Bay** [2] - 59:3, 59:6
**beach** [1] - 22:2
**became** [1] - 12:7
**become** [2] - 12:10, 28:10
**bed** [1] - 34:3
**BEFORE** [1] - 1:10
**began** [9] - 19:25, 20:7, 22:14, 25:4, 31:24, 31:25, 32:2
**behind** [1] - 61:5
**belonged** [3] - 15:8, 45:15, 45:22
**bench** [4] - 23:20, 24:13, 65:20, 66:11
**benefit** [5] - 10:20, 58:5, 59:2
**best** [2] - 44:11, 67:12
**better** [1] - 19:4
**between** [8] - 6:3, 6:8, 14:25, 15:2, 20:11, 21:25, 22:6, 47:7
**big** [4] - 18:24, 21:24, 32:19, 40:4
**bit** [1] - 39:1
**black** [3] - 20:14, 21:21, 32:13
**blocks** [1] - 21:19

**blue** [5] - 12:13, 18:24, 28:1, 31:17, 39:7
**board** [4] - 11:22, 11:23, 13:14, 31:19
**boat** [78] - 11:24, 12:13, 12:23, 13:1, 13:10, 13:12, 13:13, 13:16, 13:18, 13:20, 14:14, 14:16, 14:18, 14:19, 14:21, 14:24, 15:7, 15:11, 15:14, 15:22, 16:11, 16:15, 16:17, 17:6, 18:20, 19:4, 19:8, 19:20, 20:22, 20:25, 21:3, 21:24, 22:10, 23:16, 27:13, 27:24, 31:6, 31:7, 31:16, 31:17, 31:22, 32:4, 32:5, 32:11, 32:19, 35:25, 36:10, 36:11, 36:15, 36:19, 37:6, 38:16, 39:6, 39:10, 39:14, 39:25, 40:4, 40:6, 42:9, 42:16, 42:20, 42:23, 43:11, 43:20, 44:1, 45:3, 46:14, 56:6, 63:25, 64:7, 64:8, 64:10, 64:13, 64:16, 65:12
**boats** [22] - 15:8, 15:9, 15:25, 16:6, 22:19, 29:18, 29:20, 31:7, 37:12, 39:12, 48:6, 48:15, 48:16, 54:21, 54:24, 60:17, 60:18, 60:22, 61:5, 62:24, 64:3, 65:6
**border** [3] - 6:2, 6:3, 6:8
**boss** [1] - 60:6
**bottom** [1] - 6:5
**bought** [2] - 13:15, 20:25
**bow** [5] - 14:22, 14:23, 15:15, 20:21, 36:10
**box** [3] - 50:13, 56:5
**boy** [1] - 36:1
**brand** [1] - 13:13
**break** [7] - 4:3, 8:19, 34:11, 34:16, 34:23, 34:25, 35:15
**breaking** [1] - 44:24
**bricks** [1] - 21:14
**briefly** [1] - 43:8
**bring** [4] - 22:10, 33:7, 57:17, 66:14
**bringing** [2] - 21:10, 43:8
**brings** [1] - 11:11

**broke** [4] - 21:11, 21:13, 36:10, 36:11
**broken** [3] - 37:6, 38:20, 55:10
**brought** [15] - 11:10, 20:5, 25:1, 25:16, 27:24, 28:5, 28:7, 28:11, 28:12, 29:18, 29:25, 37:12, 41:17, 41:18, 52:14
**brown** [3] - 21:21, 23:3, 56:5
**bucket** [2] - 54:24, 54:25
**built** [1] - 14:9
**bundles** [7] - 21:11, 32:11, 32:12, 33:11, 39:16, 42:24, 43:1
**buy** [3] - 13:9, 65:3
**buying** [1] - 13:1
**BY** [6] - 4:12, 9:9, 24:23, 35:8, 56:21, 62:3
**Byrito** [1] - 58:10
**Byron** [1] - 58:10

## C

**cab** [1] - 60:20
**cabin** [6] - 26:8, 31:19, 31:20, 33:24, 40:2, 40:20
**camera** [3] - 46:17, 61:20, 61:21
**capacity** [4] - 13:23, 14:6, 40:21, 64:23
**captain** [1] - 15:21, 31:7, 38:21, 38:25, 42:11, 56:22, 57:4, 61:22, 62:13, 63:23, 64:2
**Captain** [2] - 62:4, 62:8
**captaining** [1] - 17:21
**care** [2] - 66:4, 66:17
**cargo** [1] - 19:25
**Caribbean** [1] - 6:1
**carried** [6] - 30:3, 33:14, 33:21, 37:16, 40:10, 48:16
**carry** [1] - 30:5
**carrying** [3] - 25:24, 33:12, 36:23
**case** [6] - 10:14, 34:13, 34:23, 66:15, 66:16, 67:1
**caused** [1] - 53:15
**CERTIFICATE** [1] - 67:7
**certify** [1] - 67:10

**Chalito** [1] - 33:16, 33:19
**Chalo** [11] - 31:1, 31:4, 31:6, 31:13, 32:1, 32:2, 33:19, 38:15, 38:22, 40:13, 42:12
**chance** [2] - 21:8, 21:10
**change** [4] - 13:19, 14:15, 64:12, 64:17
**changed** [3] - 14:1, 15:12, 19:6
**changing** [2] - 14:13, 14:23
**Channel** [1] - 19:5
**channels** [1] - 19:6
**characteristics** [1] - 31:18
**charge** [1] - 60:21
**charged** [1] - 10:11
**charges** [1] - 10:11
**checkpoints** [1] - 27:5
**chemist** [1] - 65:23
**choppy** [1] - 42:8
**chose** [1] - 30:21
**circle** [10] - 29:17, 29:24, 30:2, 37:12, 37:15, 41:16, 46:14, 48:23, 53:16, 57:9
**circled** [1] - 53:20
**circumstances** [1] - 36:2
**clarification** [1] - 29:7
**clarify** [3] - 54:24, 62:10, 63:11
**cleaned** [1] - 27:25
**cleaning** [1] - 61:5
**clearly** [1] - 19:19
**climate** [1] - 54:22
**climate-controlled** [1] - 54:22
**close** [1] - 32:4
**closer** [2] - 18:25, 19:13
**club** [8] - 12:11, 12:18, 12:20, 62:19, 63:6, 63:8, 63:10, 63:12
**coast** [5] - 18:1, 18:7, 22:5, 30:19, 57:17
**COBURN** [2] - 1:20, 1:21
**cocaine** [28] - 6:22, 6:24, 28:7, 30:3, 30:5, 32:18, 33:14, 33:21, 33:25, 34:5, 37:16, 39:20, 40:10, 40:12, 40:17, 40:22, 41:2, 41:18, 43:13, 47:21, 48:16, 50:20, 52:14, 56:2, 58:18,

60:1, 60:8, 60:11
**COHEN** [52] - 1:13, 7:13, 7:17, 7:21, 9:6, 9:9, 17:16, 23:25, 24:3, 24:5, 24:9, 24:12, 24:22, 24:23, 29:1, 29:9, 29:14, 31:10, 35:7, 35:8, 37:10, 46:3, 46:11, 46:13, 46:21, 47:12, 47:24, 48:10, 48:22, 49:1, 49:19, 49:23, 50:5, 50:12, 51:1, 51:8, 51:12, 52:1, 52:9, 52:19, 53:3, 53:11, 53:19, 54:9, 54:17, 55:13, 55:21, 56:4, 56:10, 56:13, 65:23, 66:9
**Cohen** [2] - 58:15
**Cohen)........................ ............** [1] - 3:5
**COLLEEN** [1] - 1:10
**colones** [2] - 27:16, 41:13
**color** [4] - 20:14, 21:21, 23:3, 32:14
**COLUMBIA** [1] - 1:1
**coming** [2] - 60:8, 66:2
**communicate** [1] - 54:21
**compartment** [5] - 20:20, 20:23, 32:24, 36:12, 36:14
**complete** [2] - 64:21, 67:12
**completely** [4] - 23:22, 24:7, 24:10, 24:18
**complies** [15] - 29:22, 30:1, 30:4, 37:14, 37:17, 41:19, 41:22, 46:15, 48:21, 50:10, 53:18, 56:3, 57:11, 58:23, 59:9
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**conference** [4] - 23:19, 24:13, 65:19, 66:11
**confirming** [1] - 62:13
**Congressman** [12] - 22:20, 25:21, 36:18, 39:1, 40:14, 41:4, 57:13, 58:7, 59:20, 60:6, 60:7, 61:2
**congressman** [1] - 13:8
**constitutes** [1] - 67:10
**Constitution** [2] -

2:10, 67:18
**contact** [1] - 44:25
**container** [2] - 26:9, 26:11, 26:12, 33:24, 40:2, 40:20, 54:20, 56:2
**continue** [6] - 18:6, 24:22, 32:9, 35:5, 45:4, 66:21
**CONTINUED** [2] - 1:24, 2:1
**Continued** [1] - 4:11
**controlled** [6] - 20:20, 20:23, 26:14, 36:12, 54:22, 55:24
**convicted** [2] - 6:20, 10:15
**coolers** [1] - 32:8
**coordinates** [1] - 38:12, 39:3
**CORDON** [2] - 1:6, 1:6
**Cordon** [1] - 1:17, 2:2
**corner** [1] - 25:16
**correct** [12] - 5:6, 5:14, 5:17, 6:15, 28:25, 35:19, 46:2, 47:4, 48:7, 61:8, 62:12, 62:17
**correction** [2] - 43:7, 44:8
**Costa** [4] - 12:12, 45:9, 58:21, 58:22
**counsel** [1] - 65:17
**counter** [1] - 47:1
**country** [6] - 6:5, 6:13, 10:7, 10:16, 10:17, 47:2
**course** [2] - 6:13, 58:23
**court** [2] - 58:5, 59:2
**Court** [3] - 2:8, 2:9, 67:16
**COURT** [73] - 1:1, 4:2, 4:6, 5:1, 7:12, 7:14, 7:16, 7:19, 7:22, 7:25, 8:10, 8:12, 8:14, 8:18, 9:14, 11:2, 11:9, 17:18, 24:4, 24:11, 24:14, 24:20, 29:4, 29:10, 29:12, 29:16, 31:11, 34:10, 34:15, 34:21, 34:25, 35:2, 35:4, 35:17, 46:6, 46:9, 46:12, 46:24, 47:13, 48:1, 48:11, 49:3, 49:24, 50:1, 50:3, 51:3, 51:6, 51:9, 52:4, 52:7, 52:10, 52:18, 53:5, 53:8,

53:12, 54:12, 54:15,
54:18, 55:16, 55:19,
55:22, 56:15, 61:25,
65:16, 65:21, 65:25,
66:4, 66:7, 66:12,
66:20, 66:25, 67:3,
67:7
**Court's** [1] - 56:17
**courthouse** [1] - 66:23
**Courthouse** [2] - 2:9,
67:17
**courtroom** [5] - 4:5,
8:5, 34:14, 35:3,
66:19
**covered** [7] - 28:1,
31:19, 33:25, 34:1,
34:2, 40:22, 40:24
**crane** [1] - 21:10
**cranes** [3] - 19:25,
20:1, 20:3
**crashed** [1] - 36:5
**crew** [1] - 31:21
**Criminal** [1] - 1:3
**cross** [2] - 4:7, 56:15
**CROSS** [3] - 4:11,
56:20, 62:2
**CROSS-
EXAMINATION** [3] -
4:11, 56:20, 62:2
**CRR** [3] - 2:8, 67:9,
67:16
**Cuatro** [45] - 22:8,
22:15, 22:20, 23:4,
24:24, 25:18, 26:3,
28:4, 28:17, 28:19,
28:23, 33:6, 33:13,
36:5, 37:7, 39:25,
40:7, 40:16, 43:2,
43:11, 46:1, 47:9,
47:15, 47:16, 48:5,
48:13, 49:7, 49:12,
49:16, 50:23, 51:14,
51:20, 51:23, 52:12,
52:23, 52:25, 54:4,
54:6, 54:23, 55:11,
58:1, 59:15, 60:14,
60:23, 61:4
**cursed** [1] - 37:3

### D

**damage** [3] - 44:13,
44:15, 53:14
**damaged** [6] - 36:7,
36:9, 36:19, 38:20,
55:7, 56:9
**DANIEL** [2] - 3:3, 4:10
**dark** [1] - 31:17
**Dated** [1] - 67:14
**DAVID** [3] - 3:5, 9:7,

9:17
**David** [3] - 9:12, 62:7,
62:10
**Davis** [1] - 7:17
**daybreak** [1] - 43:3
**DC** [5] - 1:15, 1:19,
1:22, 2:10, 67:18
**dealer** [1] - 65:8
**December** [3] - 14:25,
15:2
**decided** [2] - 44:4,
44:13
**decision** [1] - 45:11
**deep** [1] - 18:7
**Defendant** [2] - 1:17,
2:2
**Defendants** [1] - 1:7
**Defense** [1] - 4:16
**degrees** [1] - 38:7
**del** [4] - 12:12, 45:9,
58:21, 58:22
**departed** [1] - 61:4
**DEPARTMENT** [1] -
1:14
**deposit** [1] - 54:23
**describe** [12] - 18:23,
20:13, 21:19, 23:5,
23:13, 23:16, 26:6,
26:12, 32:12, 36:9,
40:18, 43:8
**described** [12] - 5:8,
5:11, 5:12, 6:16,
15:12, 33:23, 42:25,
43:14, 43:24, 60:19,
61:9, 62:19
**detail** [3] - 25:22,
26:21, 33:17, 40:15
**detailed** [1] - 5:24
**diameter** [1] - 20:15
**Diana** [1] - 65:23
**died** [1] - 36:1
**difference** [2] - 39:7,
42:17
**different** [1] - 63:1
**diploma** [1] - 64:2
**direct** [5] - 5:19, 12:6,
35:5, 37:19, 37:22
**DIRECT** [1] - 9:8
**discarded** [1] - 18:5
**displaying** [1] - 4:15
**distinctive** [1] - 23:21
**distinguishing** [1] -
31:18
**DISTRICT** [3] - 1:1,
1:1, 1:10
**DOAN** [1] - 5:8
**dock** [4] - 23:12,
28:20, 47:15, 47:16
**Don** [2] - 16:9
**done** [2] - 48:14,

57:19, 60:20, 65:8
**door** [2] - 51:20, 52:14
**down** [8] - 5:1, 6:4,
7:14, 8:1, 8:19, 20:5,
21:10, 25:16
**draw** [8] - 29:17,
29:24, 30:2, 37:12,
37:15, 41:16, 53:16,
61:15
**drawing** [2] - 6:7, 57:9
**drawn** [2] - 48:23,
50:13
**driving** [1] - 17:23
**dropped** [1] - 28:12
**drug** [8] - 9:23, 9:24,
10:6, 10:12, 11:13,
12:8, 12:10, 45:1
**drugs** [3] - 7:4, 57:13,
57:16
**dry** [1] - 33:9
**dumping** [2] - 18:4,
18:8
**during** [8] - 4:24, 5:4,
5:19, 15:4, 34:23,
58:7, 61:9

### E

**early** [1] - 66:23
**Earnest** [2] - 50:1,
61:25
**EARNEST** [20] - 2:2,
2:2, 7:9, 23:18,
23:21, 24:1, 24:7,
24:10, 29:6, 46:7,
49:22, 50:2, 51:4,
52:5, 53:7, 54:14,
55:18, 62:1, 62:3,
66:10
**Earnest)..................
.............** [1] - 3:6
**earphones** [1] - 8:23
**Edro** [1] - 25:21
**education** [1] - 11:16
**eight** [1] - 37:2
**EISENSTEIN** [1] - 1:21
**either** [3] - 9:1, 45:13,
45:25
**El** [14] - 6:3, 6:5, 6:9,
9:19, 10:8, 10:9,
10:19, 11:13, 13:8,
18:7, 30:19, 33:16,
57:7, 65:9
**ELIU** [1] - 1:6
**Eliu** [20] - 1:17, 13:4,
22:20, 25:21, 26:20,
27:1, 27:18, 28:9,
33:16, 34:7, 36:18,
39:1, 40:14, 40:15,
41:4, 43:17, 45:15,

45:23, 59:20, 60:6
**ELIXANDER** [1] - 1:6
**EMILY** [1] - 1:13
**enclosed** [7] - 20:21,
23:14, 23:22, 24:8,
24:10, 24:18
**end** [3] - 12:19, 24:13,
66:11
**enforcement** [1] -
44:25
**engine** [2] - 44:19,
44:23
**engineer** [7] - 16:12,
16:13, 19:15, 22:4,
26:19, 31:1, 31:2,
38:15, 58:8, 59:22
**Engineer** [2] - 19:1,
33:16
**engines** [10] - 11:22,
13:24, 13:25, 39:8,
44:13, 44:17, 64:13,
64:16, 64:17, 65:10
**English** [4] - 8:7, 8:12,
18:3, 18:9
**ensure** [1] - 27:25
**enter** [1] - 63:10
**entered** [11] - 17:14,
31:8, 37:8, 41:15,
46:21, 47:10, 47:22,
48:8, 48:24, 50:8,
61:16
**enters** [2] - 4:5, 35:3
**entire** [4] - 12:20,
31:19, 31:20, 36:10
**entrance** [1] - 63:13
**entry** [1] - 51:20
**envelope** [1] - 28:13
**environment** [1] -
14:10
**Erin** [1] - 2:6
**ESQ** [7] - 1:13, 1:13,
1:14, 1:17, 1:20,
1:21, 2:2
**Estrada** [1] - 2:6
**ESTRADA** [4] - 23:17,
24:16, 25:10, 43:6
**evening** [4] - 30:24,
66:13, 66:21, 67:3
**event** [2] - 5:16, 7:1
**events** [5] - 4:23, 4:24,
5:5, 5:11, 6:16
**eventually** [1] - 6:20
**evidence** [13] - 4:18,
29:2, 46:4, 47:11,
49:20, 51:2, 52:2,
53:4, 54:10, 55:14,
56:25, 57:23, 61:16
**exactly** [5] - 14:5,
28:4, 36:16, 45:7,
55:1

**examination** [2] - 4:8,
5:19
**EXAMINATION** [4] -
4:11, 9:8, 56:20,
62:2
**examiner** [1] - 24:2
**exchange** [3] - 32:7,
39:15, 42:19
**exchanged** [1] - 42:22
**exclusive** [1] - 62:25
**excursions** [1] - 45:8
**excuse** [5] - 7:22,
15:2, 34:19, 66:13
**excused** [1] - 7:14
**excusing** [1] - 66:20
**Exhibit** [39] - 4:16,
17:15, 28:16, 29:2,
29:13, 31:9, 37:9,
41:15, 45:18, 46:4,
46:10, 46:20, 47:11,
47:23, 48:9, 48:25,
49:9, 49:20, 50:4,
50:16, 51:2, 51:7,
51:16, 52:2, 52:8,
52:17, 53:4, 53:9,
53:23, 54:10, 54:15,
55:3, 55:14, 55:20,
57:1, 57:22, 58:19,
59:14, 61:15
**exhibit** [1] - 46:21
**exits** [2] - 34:14, 66:19
**expeditions** [1] -
63:20
**explain** [3] - 8:3, 14:6,
63:24
**Explorer** [1] - 23:3
**extended** [1] - 14:16

### F

**fact** [1] - 28:10
**fair** [2] - 4:24, 5:4
**fairly** [8] - 28:22,
45:24, 49:15, 50:22,
51:22, 52:24, 54:5,
55:9
**familiar** [2] - 14:3, 58:3
**family** [1] - 28:11
**far** [2] - 17:4, 23:6
**fashion** [1] - 39:21
**fast** [1] - 13:13
**father's** [1] - 62:6
**February** [2] - 1:4,
67:14
**feelings** [1] - 35:23
**feet** [9] - 14:17, 15:12,
15:13, 20:15, 23:14,
31:20, 36:23, 37:3,
39:8
**Fernandez** [1] - 65:24

4

**Ferreteria** [1] - 58:3
**few** [1] - 56:24
**fiberglass** [2] - 53:14, 53:16
**filters** [2] - 44:17, 44:18
**fine** [1] - 24:2
**finger** [1] - 29:19
**finish** [3] - 8:15, 51:9, 65:21
**finished** [2] - 35:11, 35:15
**fired** [2] - 36:23, 37:2
**first** [7] - 20:5, 24:17, 27:1, 34:7, 41:4, 44:9, 61:7
**fish** [2] - 18:15, 18:16
**fishing** [8] - 12:11, 12:18, 15:24, 16:1, 62:19, 63:19, 64:19
**five** [4] - 43:22, 57:12, 57:19, 59:18
**floor** [1] - 21:7
**floorboards** [1] - 40:6
**follow** [1] - 27:9
**followed** [1] - 34:8
**following** [2] - 23:19, 65:19
**food** [5] - 16:4, 30:17, 32:8, 39:15, 42:24
**foot** [2] - 21:17, 32:13
**FOR** [1] - 1:1
**foregoing** [1] - 67:10
**foremost** [1] - 44:9
**forested** [1] - 23:10
**form** [1] - 11:3
**four** [3] - 10:10, 31:18, 31:20
**free** [2] - 11:12, 63:13
**front** [7] - 14:21, 14:22, 29:19, 36:14, 49:6, 49:7, 56:5
**fuel** [6] - 16:4, 30:17, 32:7, 39:14, 42:23, 44:21
**full** [2] - 8:20, 67:11

**G**

**gas** [4] - 44:17, 44:18, 44:22, 60:1
**GASTON** [2] - 11:5, 44:7
**Gaston** [1] - 2:6
**GASTON-OWEN** [2] - 11:5, 44:7
**Gaston-Owen** [1] - 2:6
**gate** [1] - 63:13
**gear** [1] - 37:5
**general** [1] - 17:2,

63:20
**generate** [1] - 14:6
**gentleman** [1] - 16:16
**gentlemen** [1] - 4:22
**God's** [1] - 44:9
**government** [2] - 7:17, 10:11
**Government** [2] - 4:16, 31:9
**Government's** [36] - 17:15, 28:16, 29:2, 29:13, 37:9, 41:15, 45:18, 46:4, 46:10, 46:20, 47:11, 47:23, 48:9, 48:25, 49:9, 49:20, 50:3, 50:16, 51:2, 51:7, 51:16, 52:2, 52:17, 53:4, 53:9, 53:23, 54:10, 54:15, 55:3, 55:14, 55:19, 57:1, 57:22, 58:19, 59:14, 61:15
**GPS** [3] - 30:21, 38:12, 39:3
**grade** [3] - 11:17, 11:18, 11:20
**gray** [5] - 26:9, 33:24, 40:2, 40:20, 43:15
**GREENBAUM** [1] - 1:21
**group** [2] - 33:15, 44:7
**guarantee** [1] - 65:11
**Guatemala** [4] - 4:25, 5:4, 6:3, 6:9
**guide** [3] - 38:24, 42:13, 42:14
**guiding** [1] - 45:7
**guilty** [3] - 10:3, 10:5, 10:7
**gun** [1] - 37:2

**H**

**hammocks** [1] - 47:17
**hand** [3] - 7:23, 32:21
**handed** [2] - 32:7, 32:10, 64:8
**handle** [1] - 14:10
**hands** [1] - 21:17
**hang** [1] - 47:17
**hangar** [3] - 22:15, 23:11, 23:16, 24:6, 25:6, 25:11, 25:12, 25:15, 25:17, 26:1, 28:20, 29:24, 30:3, 30:5, 33:13, 33:21, 37:15, 40:1, 40:11, 40:17, 41:17, 41:21, 43:11, 43:12, 44:11, 48:13, 48:14, 49:7,

49:12, 49:16, 50:9, 54:4, 54:6
**headphones** [1] - 8:2
**hear** [7] - 8:4, 8:5, 8:24, 11:6, 19:3, 35:13, 35:17
**heard** [2] - 19:10, 62:10
**hearing** [3] - 23:20, 65:20, 67:4
**heavily** [1] - 22:19
**HELD** [1] - 1:10
**held** [2] - 23:19, 65:19
**help** [1] - 60:15
**helping** [1] - 33:12
**hereby** [1] - 67:9
**hermetic** [1] - 26:15
**Herrera** [17] - 16:12, 16:13, 17:20, 18:15, 19:1, 19:15, 22:4, 25:20, 26:20, 31:2, 33:16, 40:14, 43:21, 63:4, 63:9, 64:5, 64:10
**Herrera's** [1] - 31:5
**high** [4] - 14:8, 18:21, 62:25, 64:25
**high-powered** [1] - 14:8
**highlighted** [1] - 5:14
**highlighting** [1] - 60:16
**himself** [3] - 12:25, 16:16, 17:2
**hitched** [1] - 22:23
**Holy** [2] - 30:13, 61:10
**Honduras** [1] - 6:14
**Honor** [32] - 4:9, 7:9, 7:11, 7:13, 7:15, 9:6, 11:1, 11:5, 29:5, 29:6, 29:14, 34:19, 35:7, 50:2, 51:4, 51:12, 52:5, 52:19, 53:6, 53:7, 53:11, 54:13, 55:17, 55:18, 56:10, 56:16, 56:19, 61:24, 62:1, 66:10, 66:24, 67:2
**HONORABLE** [1] - 1:10
**hoping** [1] - 65:21
**horsepower** [2] - 14:2, 14:4
**hour** [1] - 21:25
**hours** [1] - 30:23
**house** [2] - 27:24, 28:13
**HP** [1] - 64:20
**hull** [4] - 21:7, 32:23, 32:24, 40:6

**hurts** [1] - 44:22

**I**

**identified** [2] - 56:25, 58:9
**identify** [1] - 57:9
**ignorance** [1] - 64:21
**II** [43] - 15:7, 15:10, 15:13, 15:20, 16:20, 16:22, 17:1, 17:9, 17:12, 17:23, 19:12, 19:16, 20:6, 20:8, 20:10, 20:12, 21:5, 21:24, 22:13, 22:15, 22:17, 22:25, 25:1, 25:7, 29:25, 38:17, 38:18, 39:10, 40:4, 40:11, 41:17, 41:18, 42:10, 42:16, 43:9, 44:14, 45:13, 46:1, 49:14, 50:8, 50:14, 57:16, 60:14
**important** [2] - 23:24, 24:1
**IN** [1] - 1:1
**incoming** [2] - 39:14, 42:23
**incompatible** [1] - 44:21
**incredible** [1] - 14:11
**indicate** [1] - 7:25
**indicating** [1] - 50:14
**indulgence** [1] - 56:17
**inform** [1] - 61:2
**information** [4] - 5:7, 7:1, 7:4, 59:21
**injurious** [1] - 35:22
**inside** [14] - 21:9, 21:12, 22:14, 25:6, 25:18, 28:13, 32:15, 32:17, 39:17, 52:25, 54:4, 54:6, 54:24, 66:14
**inspect** [1] - 27:24
**install** [2] - 65:6, 65:10
**instead** [1] - 33:10
**instruction** [1] - 59:21
**instructions** [3] - 59:19, 59:24, 59:25
**insulted** [1] - 37:3
**interest** [1] - 60:11
**interested** [1] - 13:1
**interesting** [1] - 54:20
**interior** [2] - 49:12, 52:23
**internal** [2] - 44:17, 44:18
**international** [2] - 9:23, 10:6

**INTERPETER** [1] - 44:7
**interpretation** [1] - 8:21
**interpreter** [7] - 7:20, 8:20, 11:6, 24:15, 24:17, 44:8
**INTERPRETER** [7] - 11:5, 18:8, 23:17, 24:16, 25:10, 34:19, 43:6
**interpreter's** [1] - 43:6
**Interpreters** [1] - 2:6
**interpreters** [1] - 8:7
**interrupted** [1] - 36:25
**invited** [1] - 63:6
**involved** [3] - 12:7, 12:10, 35:21
**involvement** [1] - 10:12
**Island** [1] - 1:22
**issues** [2] - 65:25, 66:5
**items** [3] - 21:8, 53:17, 53:20
**itself** [1] - 25:18
**Izabal** [2] - 5:16, 7:1

**J**

**J-a-l-t-e-p-e-q-u-e** [1] - 62:15
**Jaltepeque** [5] - 12:12, 12:19, 62:14, 62:16
**jammed** [1] - 37:5
**January** [2] - 14:25, 15:3
**JATPEQUEZ** [1] - 12:22
**Jersey** [1] - 1:18
**Jiquilisco** [3] - 59:1, 59:3, 59:6
**JIQUILISCO** [1] - 59:3
**job** [3] - 60:15, 60:20, 63:19
**Johnson** [4] - 13:13, 14:1, 64:16, 64:19
**joining** [1] - 17:11
**journey** [1] - 38:14
**judge** [1] - 8:22
**JUDGE** [1] - 1:10
**Julio** [3] - 16:23, 16:24, 17:24
**JULIO** [1] - 16:25
**June** [4] - 42:1, 43:19, 44:2, 61:12
**juror** [1] - 4:2
**Jury** [2] - 34:14, 35:3
**JURY** [1] - 1:9
**jury** [20] - 4:5, 4:17,

11:10, 17:17, 23:20, 29:15, 37:11, 46:11, 46:22, 47:12, 47:25, 48:10, 49:2, 50:6, 51:8, 54:17, 57:3, 65:20, 66:12, 66:19
**JUSTICE** [1] - 1:14

## K

**K-i-q-u-i** [1] - 17:5
**Kenilworth** [1] - 2:3
**kept** [2] - 48:15, 60:17
**kilos** [1] - 6:22
**kind** [4] - 13:12, 13:25, 15:9, 23:8
**kinds** [1] - 63:1
**Kiqui** [5] - 17:2, 17:3, 17:4, 26:20, 33:17
**knots** [1] - 64:25
**knowledge** [1] - 45:3
**known** [2] - 13:2, 28:17
**KOLLAR** [1] - 1:10
**KOLLAR-KOTELLY** [1] - 1:10
**KOTELLY** [1] - 1:10

## L

**ladies** [1] - 4:22
**Lake** [2] - 5:16, 7:1
**land** [6] - 6:2, 6:3, 6:8, 17:7, 22:10, 25:2
**land-based** [1] - 6:2
**LANG** [1] - 1:13
**larger** [4] - 19:11, 19:17, 39:9, 42:15
**last** [5] - 39:9, 41:24, 42:15, 44:10, 62:6
**late** [1] - 18:11
**launch** [1] - 19:8
**LAW** [1] - 2:2
**law** [1] - 44:25
**lawyers** [3] - 8:23, 8:24, 9:1
**leading** [1] - 51:20
**learned** [1] - 64:3
**leave** [4] - 27:9, 41:3, 43:16, 60:23
**left** [11] - 11:20, 24:10, 24:15, 35:11, 35:14, 35:25, 39:4, 41:7, 44:12, 50:13
**length** [4] - 14:16, 14:19, 21:17, 23:15
**lengthen** [1] - 14:18
**lengthened** [1] - 15:15
**letter** [1] - 4:2
**letterhead** [1] - 4:3

**level** [2] - 11:16, 64:23
**Leyla** [1] - 65:23
**Licenciado** [5] - 12:25, 13:2, 13:4, 26:20, 27:1
**light** [3] - 31:24, 31:25, 32:3
**line** [1] - 14:3
**LISA** [1] - 67:9
**Lisa** [1] - 2:8
**list** [1] - 16:7
**live** [2] - 9:18, 58:20
**load** [4] - 25:4, 26:16, 47:21, 60:1
**loaded** [9] - 20:7, 22:19, 26:4, 26:7, 26:18, 26:25, 34:5, 41:2, 60:19
**loading** [1] - 25:25
**located** [7] - 23:8, 25:5, 25:7, 41:20, 47:5, 54:6, 55:10
**location** [1] - 5:19, 5:21, 5:23, 7:5, 18:2, 30:20, 31:15, 38:11, 39:3, 47:8
**longitude** [1] - 15:12
**look** [2] - 44:4, 56:24
**looked** [1] - 20:13
**looking** [7] - 27:4, 46:25, 51:13, 53:10, 53:13, 55:23, 64:24
**looks** [1] - 21:16
**Lorenzana** [2] - 1:17, 2:2
**LORENZANA** [2] - 1:6, 1:6
**Lorenzana-Cordon** [2] - 1:17, 2:2
**LORENZANA-CORDON** [2] - 1:6, 1:6
**low** [1] - 33:9
**lower** [1] - 64:23
**lubricants** [1] - 39:15
**lunch** [1] - 5:3

## M

**M-a-r-t-i-n-e-z** [1] - 9:17
**magazines** [1] - 25:25
**main** [2] - 27:1, 27:3
**maintenance** [2] - 44:13, 60:22
**MAKO** [3] - 15:11, 15:14, 21:3
**man** [2] - 12:25, 13:2
**MANUEL** [1] - 1:17
**map** [10] - 5:14, 5:22,

5:24, 5:25, 6:4, 57:7, 57:10, 58:22, 59:5, 59:6
**MARC** [1] - 1:21
**March** [1] - 6:23
**mark** [3] - 5:22, 48:19, 50:7
**marked** [19] - 4:16, 5:17, 28:15, 29:2, 45:17, 46:4, 46:19, 49:8, 49:20, 50:16, 51:2, 51:16, 52:2, 52:16, 53:4, 53:22, 54:10, 55:3, 55:14
**Martinez** [64] - 7:18, 9:12, 13:4, 13:5, 13:7, 13:15, 14:14, 14:24, 17:6, 20:24, 22:20, 25:21, 26:20, 27:1, 27:18, 28:9, 29:17, 30:10, 33:16, 34:7, 34:15, 35:2, 35:6, 35:12, 35:16, 36:18, 37:20, 37:23, 38:1, 39:1, 40:14, 40:15, 41:4, 41:7, 41:25, 43:17, 43:21, 45:4, 45:16, 45:23, 46:14, 46:25, 50:7, 52:11, 53:13, 54:19, 55:23, 56:22, 57:13, 58:7, 59:20, 60:6, 60:7, 61:2, 62:11, 63:2, 63:9, 63:17, 63:22, 64:5, 64:10, 64:11, 65:15
**MARTINEZ** [3] - 3:5, 9:7, 13:5
**Martinez's** [1] - 44:25
**mattresses** [4] - 34:3, 34:4, 40:25
**MD** [1] - 2:4
**mean** [2] - 26:13, 64:21
**mechanic** [5] - 11:22, 44:20, 63:21, 63:24, 64:6
**mechanical** [1] - 1:24
**member** [3] - 63:2, 63:4, 63:10
**members** [4] - 31:21, 63:8, 63:9, 66:12
**membership** [2] - 62:21, 62:25
**memberships** [1] - 62:23
**men** [1] - 31:5
**mentioned** [6] - 12:23, 23:4, 33:19, 39:16, 40:7, 40:10, 40:19,

58:14, 58:15
**mercy** [1] - 44:9
**messed** [1] - 44:4
**met** [2] - 63:16, 63:22
**MICHAEL** [1] - 1:13
**middle** [2] - 4:7, 47:3
**might** [1] - 11:10
**miles** [5] - 18:1, 18:21, 30:19, 38:7, 42:8
**millimeter** [1] - 36:22
**mine** [1] - 28:11
**minimum** [1] - 6:18
**minute** [1] - 7:22
**minutes** [3] - 21:25, 26:17, 41:5
**missed** [2] - 5:19, 25:13
**missing** [1] - 23:23
**mistake** [1] - 36:3
**modified** [1] - 20:24
**moment** [4] - 12:17, 40:3, 56:10, 56:17
**Monday** [1] - 1:4
**money** [1] - 28:14
**month** [1] - 14:25
**months** [1] - 10:10
**MOREIRA** [1] - 67:9
**Moreira** [2] - 2:8, 67:16
**MOREN** [2] - 3:3, 4:10
**Moren** [3] - 4:8, 4:13, 7:10
**morning** [4] - 27:23, 33:4, 40:9, 43:4
**motor** [4] - 11:23, 11:24, 16:5, 39:25
**motors** [24] - 11:22, 13:14, 13:18, 13:21, 13:22, 14:1, 14:2, 14:4, 14:7, 14:8, 14:13, 14:23, 31:19, 42:18, 44:14, 44:15, 44:16, 44:24, 63:25, 64:19, 65:3, 65:4, 65:6
**move** [1] - 20:3
**moved** [13] - 25:14, 25:17, 25:19, 26:1, 26:3, 26:4, 27:20, 33:22, 39:14, 39:25, 40:18, 42:23, 43:13
**moving** [2] - 21:23, 40:11
**MR** [47] - 4:9, 4:12, 4:15, 4:22, 5:2, 7:6, 7:9, 11:1, 11:3, 11:7, 23:18, 23:21, 24:1, 24:7, 24:10, 29:5, 29:6, 29:7, 29:11, 46:7, 46:8, 49:22,

49:25, 50:2, 51:4, 51:5, 52:5, 52:6, 53:6, 53:7, 54:13, 54:14, 55:17, 55:18, 56:16, 56:19, 56:21, 57:2, 58:5, 59:2, 61:22, 62:1, 62:3, 66:2, 66:6, 66:8, 66:10
**MS** [51] - 7:13, 7:17, 7:21, 9:6, 9:9, 17:16, 23:25, 24:3, 24:5, 24:9, 24:12, 24:22, 24:23, 29:1, 29:9, 29:14, 31:10, 35:7, 35:8, 37:10, 46:3, 46:11, 46:13, 46:21, 47:12, 47:24, 48:10, 48:22, 49:1, 49:19, 49:23, 50:5, 50:12, 51:1, 51:8, 51:12, 52:1, 52:9, 52:19, 53:3, 53:11, 53:19, 54:9, 54:17, 55:13, 55:21, 56:4, 56:10, 56:13, 65:23, 66:9
**Mudo** [7] - 25:21, 26:21, 26:22, 26:24, 31:1, 33:17, 38:15
**MUDO** [1] - 26:24

## N

**name** [19] - 5:21, 6:5, 9:10, 9:12, 9:15, 12:18, 12:20, 13:3, 13:25, 15:7, 16:7, 16:13, 19:19, 22:7, 26:22, 47:8, 58:10, 62:6, 62:10
**names** [1] - 9:14
**narcotic** [1] - 35:21
**narcotics** [2] - 7:2, 47:1
**nautical** [5] - 18:1, 18:21, 30:19, 38:7, 42:8
**NE** [1] - 1:15
**necessity** [1] - 64:3
**need** [11] - 5:1, 5:24, 8:14, 8:23, 24:4, 24:20, 51:9, 63:9, 65:16, 65:25, 66:22
**needed** [1] - 60:4
**needs** [3] - 7:19, 7:23, 63:24
**new** [2] - 26:22, 65:4
**New** [1] - 1:18
**next** [12] - 7:16, 14:24, 19:17, 19:24, 26:2, 27:23, 30:12, 36:1,

37:25, 41:21, 61:3, 65:22
**NEXT** [1] - 1:24
**NICHOLAS** [1] - 1:13
**night** [1] - 31:16
**nine** [1] - 36:22
**NOCHO** [1] - 59:12
**none** [3] - 7:13, 10:22, 10:24
**north** [1] - 6:13
**notes** [1] - 67:11
**notify** [1] - 5:8
**number** [1] - 29:8
**numerous** [1] - 5:5
**NW** [4] - 1:18, 1:22, 2:10, 67:18

## O

**object** [1] - 9:3
**objection** [14] - 11:1, 11:6, 11:7, 23:17, 46:7, 46:8, 46:10, 49:22, 51:3, 51:7, 52:8, 53:9, 54:14, 54:16
**objections** [7] - 29:4, 46:6, 49:24, 52:4, 53:5, 54:12, 55:16
**obligation** [1] - 10:23
**observe** [1] - 21:8
**occasions** [2] - 39:9, 50:21
**ocean** [2] - 11:25, 18:14
**OF** [6] - 1:1, 1:3, 1:9, 1:14, 2:2, 67:7
**off-board** [3] - 11:22, 11:23, 13:14
**off-load** [1] - 47:21
**offer** [8] - 29:1, 46:3, 49:19, 51:1, 52:1, 53:3, 54:9, 55:13
**officers** [1] - 47:1
**OFFICES** [1] - 2:2
**OFFICIAL** [1] - 67:7
**Official** [1] - 2:9
**official** [1] - 67:16
**offshore** [1] - 31:15
**oil** [4] - 16:5, 30:17, 32:8, 42:23
**old** [2] - 9:13, 9:16
**ON** [1] - 1:24
**once** [25] - 19:6, 19:16, 20:3, 20:18, 21:5, 22:12, 25:1, 25:14, 26:1, 26:25, 30:16, 32:5, 33:21, 34:5, 37:13, 39:2, 39:6, 40:17, 41:2,

41:14, 43:1, 43:14, 60:14, 60:18, 64:14
**one** [21] - 5:11, 12:16, 15:15, 21:11, 21:25, 22:22, 23:2, 26:8, 28:3, 31:5, 31:17, 40:3, 42:17, 45:15, 45:22, 54:2, 56:17, 65:12, 65:13, 65:22
**ones** [9] - 38:4, 39:16, 40:13, 42:25, 58:14, 58:15, 58:17, 58:18, 65:9
**open** [2] - 8:5, 62:21
**operation** [1] - 45:3
**opinion** [1] - 64:7
**opposition** [3] - 29:13, 50:4, 55:20
**order** [4] - 43:11, 44:5, 44:12, 63:25
**ordered** [7] - 15:6, 19:13, 19:14, 22:2, 22:3, 27:9, 30:16
**organization** [1] - 45:1
**original** [1] - 18:6
**originally** [1] - 20:24
**Otto** [18] - 16:12, 16:13, 17:20, 18:15, 19:1, 19:15, 22:4, 25:20, 26:19, 31:2, 31:5, 33:16, 40:14, 43:21, 58:8, 59:22, 63:4, 66:2
**outboard** [3] - 16:5, 39:8, 42:18
**outside** [6] - 22:16, 23:20, 25:8, 25:9, 25:10, 65:20
**Owen** [1] - 2:6
**OWEN** [2] - 11:5, 44:7
**own** [1] - 11:12
**owned** [1] - 24:24
**owner** [2] - 60:11, 65:15

## P

**P.L.L.C** [1] - 1:18
**p.m** [4] - 1:5, 22:6, 39:5, 67:5
**Pacific** [1] - 6:1
**package** [2] - 20:16, 21:12
**packaged** [1] - 21:20
**packages** [24] - 20:4, 20:6, 20:9, 20:11, 20:13, 20:18, 21:5, 21:9, 21:23, 25:2, 25:14, 25:19, 26:1, 26:6, 26:10, 27:20,

32:15, 32:17, 32:19, 32:22, 39:17, 39:21, 40:4, 43:9
**PAGE** [2] - 1:24, 3:2
**paid** [6] - 27:12, 27:15, 27:17, 36:17, 41:10, 41:12
**PAMELA** [98] - 15:7, 15:9, 15:11, 15:13, 15:17, 15:20, 16:19, 16:20, 16:21, 16:22, 17:1, 17:8, 17:9, 17:12, 17:21, 17:23, 19:12, 19:16, 20:5, 20:6, 20:7, 20:8, 20:9, 20:10, 20:11, 20:18, 20:20, 21:5, 21:24, 22:13, 22:14, 22:15, 22:17, 22:23, 22:25, 25:1, 25:4, 25:5, 25:7, 29:25, 30:16, 30:25, 31:23, 32:6, 32:20, 32:22, 33:8, 36:5, 36:7, 36:9, 37:16, 38:17, 38:18, 38:19, 39:10, 40:4, 40:11, 41:17, 41:18, 42:10, 42:16, 43:9, 44:11, 44:14, 45:10, 45:13, 45:14, 45:22, 45:25, 49:13, 49:14, 50:8, 50:14, 53:15, 55:7, 55:10, 55:12, 55:25, 56:8, 57:16, 60:14
**Pamela** [1] - 45:12
**PAMELAs** [1] - 45:22
**paper** [1] - 28:13
**parked** [1] - 48:20
**part** [8] - 14:18, 18:7, 33:15, 33:17, 36:11, 40:15, 56:7
**participated** [1] - 58:18
**participating** [1] - 58:11
**particular** [8] - 15:19, 16:15, 38:14, 38:23, 42:6, 43:3, 56:7, 60:12
**partners** [1] - 62:22
**pass** [1] - 33:11
**passed** [1] - 32:10
**Patterson** [1] - 4:15
**Pause** [2] - 56:12, 56:18
**payment** [1] - 28:14
**Pedrito** [2] - 17:2, 17:3
**Pedro** [1] - 17:4
**PEDRO** [1] - 17:4

**people** [11] - 6:17, 16:19, 17:8, 17:11, 23:7, 31:23, 33:11, 47:18, 58:11, 63:1, 63:19
**per** [1] - 20:16
**perfectly** [3] - 45:20, 48:21, 52:21
**perhaps** [1] - 24:14
**period** [3] - 4:24, 5:4, 15:4
**permission** [18] - 17:16, 29:15, 31:10, 37:10, 46:11, 46:22, 47:12, 47:24, 48:10, 49:1, 50:5, 51:8, 51:11, 52:9, 53:11, 54:17, 55:21, 63:10
**person** [9] - 17:19, 19:3, 19:18, 19:21, 20:2, 25:21, 31:12, 47:3, 60:21
**phone** [1] - 61:20
**photo** [7] - 45:25, 48:19, 48:23, 49:15, 51:13, 51:22, 53:13
**photograph** [27] - 28:18, 28:22, 45:19, 45:21, 45:24, 46:16, 47:14, 48:2, 48:12, 49:4, 49:11, 50:19, 50:22, 51:19, 52:20, 52:22, 52:24, 53:17, 53:21, 53:24, 54:1, 54:5, 55:4, 55:6, 55:9, 61:17, 61:19
**PI** [1] - 59:11
**pick** [1] - 57:16
**picture** [5] - 45:11, 46:14, 47:5, 52:13, 54:2
**piece** [2] - 25:13, 56:7
**piled** [1] - 34:3
**pilot** [2] - 63:25, 64:3
**piloted** [1] - 31:7
**Pinocho** [2] - 59:11, 59:12
**pistol** [2] - 36:22
**pistons** [1] - 44:23
**place** [13] - 5:11, 5:16, 18:3, 18:4, 23:6, 28:17, 28:18, 38:13, 45:8, 57:10, 58:3, 58:25, 62:24
**placed** [10] - 20:9, 20:19, 21:6, 22:14, 26:10, 32:22, 39:12, 40:4, 40:5, 40:25
**Plaintiff** [1] - 1:4
**plastic** [1] - 21:22

**plead** [3] - 10:3, 10:5, 10:7
**PLLC** [1] - 1:21
**point** [18] - 5:24, 18:13, 18:16, 18:25, 19:11, 27:6, 27:19, 28:3, 30:21, 33:1, 34:9, 35:20, 42:15, 43:16, 44:24, 58:22, 60:20, 65:16
**pointing** [6] - 48:4, 48:5, 49:13, 50:20, 51:14, 51:20, 52:13, 54:19
**police** [1] - 27:4
**port** [2] - 5:23, 6:1
**portable** [1] - 19:1
**possible** [1] - 22:22
**possibly** [1] - 6:19
**pounds** [3] - 20:15, 20:16, 32:14
**power** [2] - 14:7, 14:11
**powered** [1] - 14:8
**powerful** [2] - 13:24, 64:22
**precisely** [1] - 32:25
**preparations** [5] - 15:25, 16:3, 30:14, 38:3, 42:2
**prepare** [2] - 15:6, 30:16
**preparing** [1] - 15:22
**presence** [1] - 27:4
**present** [6] - 16:6, 16:8, 25:20, 25:22, 26:19, 40:13
**previous** [2] - 38:4, 42:3
**previously** [5] - 4:16, 33:23, 39:16, 43:14, 56:25
**principally** [1] - 63:19
**print** [1] - 4:3
**private** [2] - 62:21, 63:8
**problem** [1] - 44:3
**proceed** [2] - 4:7, 66:15
**proceedings** [1] - 67:12
**Proceedings** [1] - 1:24
**process** [3] - 21:23, 43:8, 43:23
**produced** [1] - 1:25
**program** [1] - 38:12
**pronounce** [1] - 18:4
**property** [8] - 23:8, 23:11, 24:24, 28:4, 59:11, 59:15, 60:12, 63:12

**proprietary** [1] - 60:11
**propulsion** [1] - 14:10
**provide** [1] - 58:6
**public** [1] - 62:21
**publish** [19] - 4:17, 17:16, 29:15, 31:10, 37:10, 46:11, 46:22, 47:12, 47:24, 48:10, 49:1, 50:6, 51:8, 51:11, 52:9, 53:11, 54:17, 55:21, 57:2
**published** [1] - 41:16
**pull** [4] - 22:21, 22:23, 23:2, 39:10
**pulled** [1] - 40:1
**Puntilla** [1] - 45:9
**purchased** [1] - 64:14
**purpose** [2] - 14:9, 15:23
**put** [8] - 8:23, 12:14, 20:6, 25:16, 44:16, 56:2, 64:9, 65:14

**Q**

**quality** [1] - 19:5
**questioning** [1] - 66:22
**questions** [6] - 7:10, 8:7, 34:17, 56:13, 56:24, 58:16

**R**

**R-e-b-e-l-o** [1] - 16:25
**R-o-d-r-i-g-u-e-z** [1] - 16:10
**RACHEL** [1] - 1:13
**radio** [6] - 19:1, 19:2, 19:4, 19:7, 19:8
**radios** [1] - 54:21
**raise** [1] - 7:23
**ramp** [4] - 23:11, 28:21, 33:13, 48:5
**ran** [1] - 57:13
**RDR** [3] - 2:8, 67:9, 67:16
**reacted** [1] - 23:23
**ready** [3] - 4:7, 15:25, 16:4
**realize** [1] - 27:19, 27:22, 44:3
**really** [4] - 13:13, 13:24, 35:22, 36:3
**reason** [4] - 10:25, 11:3, 11:7, 44:1
**Rebelo** [4] - 16:23, 16:24, 16:25, 17:24
**receive** [2] - 5:7, 59:21, 59:24

**received** [1] - 10:20
**Recess** [1] - 35:1
**recognize** [10] - 17:19, 28:18, 45:18, 49:9, 50:16, 51:16, 52:20, 53:23, 54:1, 55:3
**record** [7] - 9:11, 9:15, 21:16, 48:22, 50:12, 53:19, 56:4
**recorded** [1] - 1:24
**red** [7] - 26:8, 33:23, 40:2, 40:20, 43:15, 60:19, 60:23, 60:25, 61:3
**redirect** [1] - 7:12
**referring** [4] - 15:14, 28:8, 45:12, 47:20
**refined** [1] - 5:2
**reflect** [5] - 45:24, 49:15, 50:22, 51:22, 52:24, 55:9
**remained** [1] - 61:4
**remember** [7] - 19:19, 36:21, 40:8, 42:5, 58:9, 58:13, 58:14
**remind** [1] - 5:20
**remote** [1] - 23:6
**repair** [1] - 53:14
**repeat** [2] - 11:19, 59:23
**reported** [1] - 36:19
**Reporter** [3] - 2:8, 2:9, 67:16
**REPORTER** [1] - 67:7
**reporter** [2] - 58:6, 59:3
**represent** [2] - 28:23, 54:5
**Representative** [6] - 34:7, 43:17, 45:15, 45:23, 63:2, 65:14
**representative** [2] - 27:18, 28:9
**request** [6] - 17:16, 31:10, 37:10, 46:22, 47:24, 50:5
**response** [2] - 18:6, 19:10
**responsibility** [1] - 15:19
**rest** [2] - 44:12, 66:15
**restaurant** [1] - 12:5
**resume** [2] - 34:11, 34:16
**Resumed** [1] - 4:10
**Retalhuleu** [2] - 5:12, 5:13
**RETURETA** [31] - 1:17, 1:18, 4:9, 4:12, 4:15, 4:22, 5:2, 7:6,

11:1, 11:3, 11:7, 29:5, 29:7, 29:11, 46:8, 49:25, 51:5, 52:6, 53:6, 54:13, 55:17, 56:16, 56:19, 56:21, 57:2, 58:5, 59:2, 61:22, 66:2, 66:6, 66:8
**Retureta** [2] - 4:8, 56:15
**Retureta)..................
............** [2] - 3:4, 3:6
**return** [6] - 22:1, 22:5, 27:6, 33:1, 33:3, 33:5
**returned** [4] - 22:7, 27:8, 40:7, 40:8, 41:8, 43:2
**Rhode** [1] - 1:22
**Ricardo** [2] - 13:1, 13:2
**rifles** [1] - 25:24
**risk** [1] - 28:12
**Riverdale** [1] - 2:4
**road** [4] - 27:2, 27:3, 34:8, 41:5
**Rodriguez** [2] - 16:9
**Rodriguo** [1] - 16:9
**role** [2] - 38:23, 42:13
**RON** [2] - 2:2, 2:2
**Room** [2] - 2:9, 67:17
**run** [1] - 13:20
**running** [1] - 64:1

**S**

**Sabas** [3] - 7:17, 9:12, 62:11
**SABAS** [3] - 3:5, 9:7, 9:17
**sail** [2] - 37:20, 37:23
**sailed** [1] - 37:25
**SALAZAR** [2] - 18:8, 34:19
**Salazar** [1] - 2:7
**Sale** [4] - 12:14, 12:15, 64:9, 65:14
**sale** [3] - 12:23, 13:12, 64:8
**Salvador** [12] - 6:3, 6:5, 6:9, 9:19, 10:8, 10:9, 10:19, 11:13, 13:8, 30:19, 57:7, 65:9
**Salvadoran** [1] - 18:7
**SANTOS** [1] - 19:20
**satisfied** [1] - 64:15
**saw** [4] - 14:24, 15:4, 18:23, 45:12
**school** [1] - 11:20

**screen** [6] - 4:21, 29:19, 50:7, 56:1, 57:4, 57:23
**sea** [4] - 17:25, 42:7, 45:10, 61:12
**sealed** [3] - 34:1, 54:22, 54:25
**seas** [2] - 18:21, 65:1
**secluded** [1] - 23:10
**second** [3] - 35:12, 35:15, 37:13
**section** [1] - 36:12
**security** [6] - 25:22, 25:23, 26:21, 27:5, 33:17, 40:15
**see** [16] - 4:4, 4:19, 6:4, 6:5, 6:7, 6:13, 9:1, 9:5, 18:20, 21:12, 27:4, 57:4, 57:23, 59:15, 62:14, 66:17
**seized** [1] - 6:22
**sell** [1] - 65:10
**sentence** [1] - 10:17
**sentenced** [1] - 10:9
**sentences** [1] - 8:19
**serve** [1] - 10:17
**SESSION** [1] - 1:9
**seven** [3] - 6:18, 6:19, 10:10
**shaft** [1] - 14:19
**shift** [1] - 37:5
**ship** [9] - 18:23, 18:24, 18:25, 19:2, 19:11, 19:13, 19:17, 19:18, 19:19, 19:21, 20:2, 20:21
**shore** [6] - 22:1, 22:12, 33:1, 33:3, 33:8, 43:9
**short** [1] - 8:19
**shot** [1] - 36:23
**shoulders** [2] - 30:7
**show** [18] - 17:14, 28:15, 31:8, 37:8, 41:14, 45:17, 46:19, 47:10, 47:22, 48:8, 48:24, 49:8, 50:15, 51:15, 52:16, 53:22, 55:2, 59:5
**sic]** [1] - 12:22
**side** [7] - 19:21, 28:3, 39:12, 39:13, 50:13, 65:18
**sign** [5] - 12:14, 64:9, 65:14
**signal** [3] - 31:24, 31:25, 32:2
**silly** [1] - 36:3
**similar** [4] - 39:9,

39:16, 42:15, 42:24
**single** [1] - 61:6
**sit** [1] - 8:1
**six** [1] - 37:2
**sixth** [3] - 11:17, 11:18, 11:20
**skills** [1] - 31:6
**slow** [1] - 5:1
**smaller** [1] - 21:19
**society** [1] - 62:25
**Sol** [4] - 12:12, 45:9, 58:21, 58:22
**SOLA** [1] - 1:14
**sold** [8] - 12:12, 13:18, 64:10, 64:12, 64:13, 65:12, 65:13
**solitary** [1] - 23:6
**someone** [4] - 12:12, 58:10, 64:2, 64:8
**somewhere** [2] - 18:11, 33:4
**sorry** [9] - 5:2, 6:2, 11:2, 11:7, 16:24, 17:10, 21:21, 25:13, 49:23
**south** [1] - 38:8
**space** [2] - 21:2, 26:14
**spaces** [1] - 50:14
**Spanish** [4] - 8:4, 8:8, 8:10, 35:17
**speaking** [1] - 8:22
**special** [1] - 32:24
**specially** [1] - 36:14
**specific** [4] - 4:24, 30:21, 38:11, 38:13
**specifically** [4] - 14:9, 20:19, 21:6, 58:13
**spell** [8] - 9:15, 12:17, 12:20, 16:6, 16:24, 17:3, 26:22, 62:14
**spelled** [5] - 13:5, 16:9, 16:25, 17:4, 17:5
**spelling** [2] - 58:6, 62:14
**spellings** [1] - 9:14
**squares** [1] - 21:14
**stand** [1] - 9:2
**standing** [4] - 49:6, 49:7, 52:11, 52:12
**start** [4] - 8:16, 9:2, 18:16, 62:13, 66:21
**started** [2] - 19:2, 33:11
**starting** [1] - 35:14
**state** [1] - 9:10
**STATES** [4] - 1:1, 1:3, 1:10, 1:14
**States** [6] - 1:13, 9:25, 10:11, 10:14, 11:11,

67:17
**stayed** [2] - 17:7, 35:25
**stenographic** [1] - 67:11
**stenography** [1] - 1:24
**step** [1] - 7:14
**STEPHEN** [1] - 1:14
**still** [2] - 41:16, 45:9
**stop** [5] - 9:3, 12:17, 34:10, 34:11, 65:16
**stopped** [2] - 19:18, 44:1
**storage** [5] - 21:2, 55:12, 55:24, 55:25, 56:2
**store** [1] - 65:9
**stored** [3] - 49:13, 50:20, 54:22
**strange** [1] - 36:2
**Street** [1] - 1:15
**stripes** [1] - 12:13
**strong** [1] - 21:22
**structure** [2] - 23:14, 24:19
**stuff** [2] - 47:18, 47:19
**sudden** [1] - 39:6
**suddenly** [1] - 36:1
**sufficient** [1] - 64:25
**sugar** [2] - 44:16, 44:18
**sugars** [1] - 5:3
**Suite** [2] - 1:18, 2:3
**surprised** [1] - 64:15
**surrounding** [1] - 63:12
**switch** [1] - 57:22
**Sworn** [1] - 9:7
**sworn** [2] - 7:23, 7:24
**syrupy** [1] - 44:22

## T

**tables** [1] - 9:2
**tarp** [1] - 28:1
**temperature** [5] - 20:20, 20:23, 26:14, 36:12, 55:24
**temperature-controlled** [5] - 20:20, 20:23, 26:14, 36:12, 55:24
**Teresa** [1] - 2:7
**terms** [1] - 11:9
**test** [1] - 63:25
**testify** [3] - 10:21, 10:23, 11:11
**testifying** [1] - 10:25
**testimony** [4] - 11:4, 11:8, 34:22, 67:1

**THE** [84] - 1:1, 1:1, 1:10, 4:2, 4:6, 5:1, 7:8, 7:12, 7:14, 7:15, 7:16, 7:19, 7:22, 7:25, 8:9, 8:10, 8:11, 8:12, 8:13, 8:14, 8:17, 8:18, 9:14, 11:2, 11:9, 17:18, 24:4, 24:11, 24:14, 24:20, 29:4, 29:10, 29:12, 29:16, 31:11, 34:10, 34:15, 34:18, 34:21, 34:24, 34:25, 35:2, 35:4, 35:17, 46:6, 46:9, 46:12, 46:24, 47:13, 48:1, 48:11, 49:3, 49:24, 50:1, 50:3, 51:3, 51:6, 51:9, 52:4, 52:7, 52:10, 52:18, 53:5, 53:8, 53:12, 54:12, 54:15, 54:18, 55:16, 55:19, 55:22, 56:15, 61:25, 65:16, 65:21, 65:25, 66:4, 66:7, 66:12, 66:20, 66:24, 66:25, 67:2, 67:3
**they..** [1] - 32:8
**thickens** [1] - 44:21
**thoughts** [1] - 35:20
**three** [11] - 4:23, 5:11, 6:16, 18:21, 20:15, 26:8, 32:13, 39:7, 40:21, 42:3
**three-foot** [1] - 32:13
**three-ton** [1] - 26:8
**tide** [1] - 33:9
**today** [6] - 6:25, 10:20, 10:23, 10:25, 11:11, 57:8
**tomorrow** [3] - 66:1, 66:18, 66:21
**ton** [1] - 26:8
**tonight** [3] - 66:1, 66:16, 66:25
**tons** [1] - 40:21
**took** [8] - 5:11, 5:16, 38:18, 44:16, 45:25, 46:16, 57:10, 61:17
**top** [1] - 34:3
**tops** [1] - 44:16
**total** [1] - 43:19
**totally** [2] - 23:14, 24:18
**touch** [1] - 65:15
**tough** [1] - 13:13
**tourism** [1] - 13:13
**tourist** [1] - 63:20
**towards** [1] - 6:4

**tractor** [2] - 5:20, 6:23
**tractor-trailer** [1] - 6:23
**tractor-trailers** [1] - 5:20
**trafficking** [9] - 9:23, 9:24, 10:6, 10:12, 11:13, 12:18, 12:10, 35:21, 45:1
**trailer** [3] - 6:23, 22:21, 26:14
**trailers** [1] - 5:20
**TRANSCRIPT** [1] - 1:9
**transcript** [3] - 1:24, 67:11, 67:12
**transcription** [1] - 1:25
**transfer** [2] - 32:19, 39:21
**transferred** [2] - 40:1, 42:24
**translate** [2] - 8:8, 8:12
**translating** [1] - 51:10
**translation** [3] - 8:15, 8:24, 23:23
**trees** [1] - 48:23
**trial** [1] - 13:20
**TRIAL** [1] - 1:9
**tried** [1] - 22:21
**trip** [18] - 15:20, 15:23, 16:1, 27:13, 30:15, 30:18, 35:12, 35:15, 36:17, 37:13, 38:4, 38:6, 38:23, 41:10, 41:24, 42:6, 43:3, 44:10
**trips** [3] - 42:3, 43:20, 44:1
**truck** [31] - 23:2, 26:5, 26:8, 26:10, 26:15, 26:16, 26:18, 26:25, 27:9, 33:23, 33:25, 34:5, 34:6, 34:8, 40:2, 40:18, 40:20, 40:22, 41:2, 41:3, 41:6, 41:7, 41:20, 43:14, 43:16, 59:16, 60:19, 60:23, 60:25, 61:3, 61:4
**trucks** [4] - 26:6, 27:10, 48:17, 48:19
**true** [2] - 67:10, 67:12
**trunk** [1] - 26:14
**trust** [1] - 65:2
**trusted** [1] - 31:5
**tune** [1] - 19:5
**turn** [1] - 19:4
**turning** [1] - 58:19
**two** [11] - 13:13, 14:1,

15:8, 22:22, 38:4, 39:9, 42:17, 44:14, 47:7
**type** [4] - 13:10, 14:9, 14:10, 21:2
**types** [1] - 14:7

## U

**U.S** [1] - 2:9
**ultimately** [1] - 10:17
**under** [2] - 10:23, 36:2
**UNITED** [4] - 1:1, 1:3, 1:10, 1:14
**United** [6] - 1:13, 9:25, 10:11, 10:14, 11:11, 67:17
**unload** [4] - 19:25, 25:4, 59:25, 60:15
**unloaded** [1] - 60:18
**unloading** [2] - 22:14, 58:18
**up** [15] - 9:2, 12:25, 20:7, 22:23, 26:4, 33:13, 39:6, 40:1, 40:3, 44:4, 47:17, 57:16, 57:22, 64:9, 66:1
**upset** [1] - 39:1
**useful** [1] - 11:10

## V

**vehicle** [2] - 22:22, 43:10
**vehicles** [1] - 22:23
**venture** [3] - 12:11, 38:21, 42:11
**vessel** [1] - 63:23
**vessels** [1] - 15:8
**Vientos** [45] - 22:8, 22:15, 22:20, 23:4, 24:24, 25:18, 26:3, 28:4, 28:17, 28:19, 28:23, 33:6, 33:13, 36:6, 37:7, 39:25, 40:7, 40:16, 43:2, 43:11, 46:1, 47:9, 47:15, 47:16, 48:5, 48:13, 49:7, 49:12, 49:16, 50:23, 51:14, 51:21, 51:23, 52:12, 52:23, 52:25, 54:4, 54:7, 54:23, 55:11, 58:1, 59:15, 60:15, 60:23, 61:4
**Villanueva** [1] - 5:23
**voice** [1] - 19:3
**vs** [1] - 1:5

## W

**wait** [1] - 18:17
**waited** [1] - 39:5
**waiting** [2] - 18:19, 19:23
**Waldemar** [1] - 2:2
**WALDEMAR** [1] - 1:6
**wall** [1] - 36:5
**walls** [2] - 37:7, 63:12
**warehouse** [20] - 22:15, 23:11, 23:13, 24:5, 24:11, 25:17, 26:2, 26:3, 28:20, 30:2, 30:6, 50:20, 50:23, 51:14, 51:21, 51:23, 52:12, 52:23, 52:25, 60:16
**wash** [2] - 44:12, 60:22
**Washington** [5] - 1:15, 1:19, 1:22, 2:10, 67:18
**WASSEM** [1] - 1:18
**water** [6] - 22:18, 22:21, 22:24, 23:1, 35:25, 48:6
**waterproof** [1] - 54:23
**weapon** [2] - 36:21, 36:24
**weapons** [2] - 18:5, 25:24
**Week** [2] - 30:13, 61:10
**weighed** [1] - 32:14
**weight** [1] - 20:15
**white** [1] - 12:13
**width** [1] - 23:15
**Wilito** [4] - 16:16, 26:21, 31:1, 40:13
**William** [15] - 13:4, 13:7, 22:20, 26:20, 27:1, 27:18, 28:9, 33:16, 34:7, 40:15, 43:17, 45:15, 45:23, 59:20, 60:6
**Willie** [2] - 38:15, 40:14
**withdrew** [1] - 36:21
**witness** [14] - 7:16, 7:24, 8:3, 23:22, 25:10, 30:1, 48:22, 50:12, 53:19, 56:3, 56:4, 56:14, 65:22, 66:3
**Witness** [13] - 29:22, 30:4, 37:14, 37:17, 41:9, 41:22, 46:15, 48:21, 50:10, 53:18, 57:11, 58:23, 59:9

**WITNESS** [11] - 3:2,
7:8, 7:15, 8:9, 8:11,
8:13, 8:17, 34:18,
34:24, 66:24, 67:2
**word** [1] - 18:3
**works** [1] - 9:5
**world** [1] - 14:12
**wrapped** [1] - 21:22
**wrecked** [1] - 37:6

# Y

**Yamaha** [3] - 14:1,
31:19, 65:9
**year** [12] - 10:1, 12:6,
13:9, 44:11, 46:1,
49:16, 50:24, 51:23,
52:15, 53:1, 55:8,
55:10
**years** [3] - 9:16, 10:10,
57:21
**yourselves** [1] - 66:17