# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| *Plaintiff*,  ) | |
| ) | CASE NO. 03-331 (CKK) |
| vs.  ) | |
| ) | |
| WALDEMAR LORENZANA-LIMA,  ) | |
| *Defendant*.  ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Movant, Joaquin Perez moves this court for the entry of an Order granting him leave to withdraw from further representation. In support thereof movant would show:

1. On February 22, 2013, Movant filed his entry of appearance on behalf on defendant Waldemar Lorenzana-Lima. (DE 351)

2. On January 1, 2010 Eduardo Balarezo filed his Notice of Appearance (DE 194). On August 1, 2014, Mr. Balarezo was appointed by the court to represent Defendant Lorenzana-Lima. (DE 498)

3. An irreconcilable conflict exists that prevent the undersigned from further representing Mr. Lorenzana-Lima in this cause. At an ex-parte proceeding the undersigned will advise the court of the nature of the conflict. The undersigned had a lengthy telephone conference with Mr. Lorenzana-Lima witnessed by Dr. Sonia Ruiz. At the conclusion of the conversation Mr. Lorenzana-Lima advised the undersigned that he did not want him as an attorney anymore and

arrangements had already been made to have Mr. Balarezo present at the hearing of September 28, 2018.

4.     The undersigned has complied with the court order of September 14, 2018 and has provided attorney Balarezo with the response requested by the court (Exhibit A).

5.     Defendant's right to counsel will not be impaired as a result of the granting of this motion as Mr. Balarezo still remains as attorney of record and will continue to adequately represent Mr. Lorenzana-Lima's Sixth Amendment right.

WHEREFORE, Defendant prays for the entry of an Order granting him leave to withdraw from the case.

Respectfully submitted,

/s/ *Joaquin Perez*

JOAQUIN PEREZ, ESQ.
Counsel for Defendant
6780 Coral Way
Miami, Florida 33155
Tel: (305) 261-4000
Fax: (305) 662-4067
D.C. Bar No.: 989889
jplaw1@bellsouth.net

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on September 17, 2018 a true and correct copy of the foregoing was electronically filed via the CM/ECF system which will send copies to all parties of record.

/s/ *Joaquin Perez*
Joaquin Perez, Esq.