UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 03-CR-331-11 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| WALDEMAR LORENZANA-LIMA, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE

The government respectfully submits this Notice pursuant to the Court's September 14, 2018 Minute Order. The government has continued its efforts to ascertain the availability of Dr. Amor Correa of FCI Carswell for the competency hearing on September 18; however, at this time, the government has been unable to reach Dr. Correa or confirm with her associates whether she will be available to testify. The government will continue its efforts and provide the Court with any additional information learned during the telephonic status conference scheduled for September 19, 2018.

The government defers to the Court's determination regarding the order of expert testimony at the September 28 hearing.[1]

Respectfully submitted this 19th day of February, 2018.

                                    ARTHUR WYATT, Chief
                                  Narcotic and Dangerous Drug Section

By:   /s/_____
        Michael N. Lang
        Assistant Deputy Chief
        Narcotic and Dangerous Drug Section
        U.S. Department of Justice
        2 Constitution Square
        Washington, DC 20005
        Main Office: (202) 514-0917
        Fax: (202) 514-0483

---

[1] The government respectfully directs the Court's attention to its April 27, 2015 Order (*see* Dkt. No. 557), which may be instructive in determining the order of testimony.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, a copy of the foregoing was sent via the CM/ECF system, to counsel of record for the Defendant.

                        ARTHUR WYATT, Chief
                        Narcotic and Dangerous Drug Section

By:   /s/_____
        Michael N. Lang
        Assistant Deputy Chief
        Narcotic and Dangerous Drug Section
        U.S. Department of Justice
        2 Constitution Square
        Washington, DC 20005
        Main Office: (202) 514-0917
        Fax: (202) 514-0483