UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. :
: Case No. 03-CR-0331(11) (CKK)
WALDEMAR LORENZANA, :
:
*Defendant.* :

### ORDER

Upon consideration of Defendant's Consent Motion to Continue Status Conference, it is this 3rd day July 2019, hereby

**ORDERED**, that the Defendant's Motion is **GRANTED**; it is further

**ORDERED**, that the Status Conference scheduled for July 8, 2019 is **VACATED** and rescheduled for July 29, 2019 at 2:30 p.m.

_____
COLLEEN KOLLAR KOTELLY
UNITED STATES DISTRICT JUDGE