UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | : |
| *v.* | : |
| | : Criminal No. 03-331(CKK) |
| WALDEMAR LORENZANA, | : |
| | : |
| *Defendant.* | : |

### DEFENDANT'S NOTICE REGARDING PROSPECTICE FILING

Defendant Waldemar Lorenzana, by and through undersigned counsel, respectfully notifies the Court that he intends to file a motion to withdraw his plea of guilty. In anticipation of said filing, counsel is seeking to obtain transcripts of relevant hearings but does not know how long it will take to obtain them. Counsel is also consulting with mental health experts on issues relevant to the motion. Therefore, counsel respectfully requests at least 30 days to file the motion to withdraw the plea.[1]

Dated:  Washington, DC
       November 26, 2019                    Respectfully submitted,

                                              **BALAREZO LAW**

                                              /s/
                     By: _____
                           A. Eduardo Balarezo, Esq.
                           D.C. Bar # 462659
                           400 Seventh Street, NW
                           Suite 306
                           Washington, DC  20004
                           Tel: (202) 639-0999 / Fax: (202) 639-0899
                           E-mail: aeb@balarezolaw.com

                           *Counsel for Waldemar Lorenzana*

---

[1] The filing of this motion may necessitate a continuance of the sentencing hearing currently scheduled for December 10, 2019.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 26th day of November 2019, I caused a true and correct copy of the foregoing Defendant's Notice Regarding Prospective Filing to be delivered via Electronic Case Filing to the parties in this case.

/s/
_____
A. Eduardo Balarezo