IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 03-CR-331 (CKK) |
| | ) | |
| WALDEMAR LORENZANA-LIMA, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

**ORDER OF FORFEITURE**

***WHEREAS***, a written plea agreement was accepted by this Court and was signed by the Defendant, Waldemar Lorenzana-Lima ("the Defendant"), and his counsel, Eduardo Balarezo, Esquire, in which Defendant agreed to plead guilty to Count One of the Third Superseding Indictment charging the offense of conspiracy to: (1) unlawfully import, knowingly, and intentionally, import into the United States five hundred grams or more of a mixture and substance containing a detectable amount of cocaine; and (2) distribute five hundred grams or more of a mixture and substance containing a detectible amount of cocaine, intending and knowing that the cocaine would be unlawfully imported into the United States, in violation of 21 U.S.C. § 952, 959(a), 960, 963 and 18 U.S.C. § 2, and the Defendant has pled guilty to that offense;

***WHEREAS***, the Third Superseding Indictment also gives notice that the Government seeks forfeiture of property, that is, forfeiture of any property real or personal, involved in the offense used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation of the offense alleged in Count One, pursuant to Title 18, United States Code,

Section 853 and 970 and Title 28, United States Code, Section 2461(c);

***WHEREAS***, the Third Superseding Indictment further alleged that the United States will seek a forfeiture money judgment against the Defendant equal to the value of any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation of the offense alleged in Count One, pursuant to Title 18, United States Code, Section 853 and 970 and Title 28, United States Code, Section 2461(c);

***WHEREAS***, in his plea agreement, the Defendant agreed to the forfeiture of the above property;

***WHEREAS***, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the Defendant's plea agreement and accompanying statement of facts, that any of the property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation of the offense alleged in Count One, is subject to forfeiture pursuant to Title 18, United States Code, Section 853 and 970 and Title 28, United States Code, Section 2461(c), and that a personal money judgment against the Defendant is appropriate, as set forth below;

***WHEREAS***, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based on the evidence set forth during Defendant's plea hearing, the plea agreement, the accompanying statement of facts, and the evidence offered by the government in support of its Motion for a Hearing to Issue a Preliminary Order of Forfeiture Money Judgment, that entry of a forfeiture money judgment against Defendant and in favor of the United States for $50,949,000.00 (subject to the credits herein) is appropriate insofar as this amount represents the amount equal to the value of the property obtained directly or indirectly by the Defendant subject

to forfeiture pursuant to Title 18, United States Code, Section 853 and 970 and Title 28, United States Code, Section 2461(c);

WHEREAS, based on the evidence offered by the government in support of its Motion for a Hearing to Issue a Preliminary Order of Forfeiture Money Judgment, the government has identified the following proceeds of criminal conduct covered by the Defendant's plea:

| Location | Year | Amount | Frequency | Price per Kilogram | DTO Proceeds |
|---|---|---|---|---|---|
| *Las Canas* | 1997 | 450 kilograms | 10 times | 5% of $5,000 USD | $1,125,000.00 |
| *La Melonera* | 1998 | 600 kilograms | 1 time | $5,000 USD | $3,000,000.00 |
| *Los Conejos* | 1998 | 450 kilograms | 2 times | 8% of $5,000 USD for 60% of the load (storage fee) | $216,000.00 |
| *Los Conejos* | 1998 | 450 kilograms | 2 times | $5,000 USD for 40% of the load (Lorenzana-owned portion) | $1,800,000.00 |
| *Potrero Carillo* | 1998 | 450 kilograms | 1 time | 8% of $5,000 USD for 60% of the load (storage fee) | $108,000.00 |
| *Potrero Carillo* | 1998 | 450 kilograms | 1 time | $5,000 USD for 40% of the load (Lorenzana-owned portion) | $900,000.00 |
| El Salvador | 1999-2002 | Total of 20,000 kilograms | Monthly | $50 USD for 60% of the load (storage fee) | $600,000.00 |
| El Salvador | 1999-2002 | Total of 20,000 kilograms | Monthly | $5,400 USD for 40% of the load (Lorenzana-owned portion) | $43,200,000.00 |
| **Total** | | | | | **$50,949,000.00** |

***WHEREAS***, the Government has agreed to apply the total amount of the credited funds, which is $50,949,000.00, toward the forfeiture money judgment issued by this Court pursuant to Title 21, United States Code, Section 853(p), which authorizes the forfeiture of substitute property;

***WHEREAS***, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED***:

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 853 and 970 and Title 28, United States Code, Section 2461(c): any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation of the offense alleged in Count One.

2. A forfeiture money judgment against the Defendant and in favor of the United States in the amount of $50,949,000.00, is now entered against the Defendant.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

4. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and the Defendant's consent, in his Plea Agreement, to entry of an Order of Forfeiture, this Order of Forfeiture is now final as to the Defendant, and shall be made part of the sentence and included in the judgment.

5. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

6. The Clerk of the Court shall forward a certified copy of this Order to Brett.Reynolds@usdoj.gov.

This Order will be made part of the Defendant's sentence and included in the judgment.

Signed in the District of Colombia, on the 24 day of February 2020.

Colleen Kollar-Kotelly

COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE