# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 20-3012** **September Term, 2020**

**1:03-cr-00331-CKK-11**

**Filed On: March 16, 2021 [1890087]**

United States of America,

Appellee

v.

Waldemar Lorenzana-Lima, also known as
Valdemar Lorenzana-Lima,

Appellant

**M A N D A T E**

In accordance with the order of March 16, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

Link to the order filed March 16, 2021