# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 20-3012** **September Term, 2020**

**1:03-cr-00331-CKK-11**

**Filed On:** March 16, 2021

United States of America,

Appellee

v.

Waldemar Lorenzana-Lima, also known as
Valdemar Lorenzana-Lima,

Appellant

**BEFORE:** Srinivasan, Chief Judge; Millett, Circuit Judge; and Randolph, Senior Circuit Judge

## O R D E R

Upon consideration of the suggestion of appellant's death; the court's March 10, 2021 order to show cause why this case should not be dismissed as moot, the judgment of conviction vacated, and the case remanded for dismissal of the indictment; and the responses thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, on the court's own motion, that, in light of appellant's death on March 1, 2021, this appeal be dismissed and the case remanded for vacatur of appellant's conviction and dismissal of the indictment against him. See Durham v. United States, 401 U.S. 481, 483 (1971) (defendant's death pending direct appeal of conviction abates prosecution); United States v. Pogue, 19 F.3d 663, 665 (D.C. Cir. 1994) (per curiam) (same).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk